# Exhibit 1

Int. Cls.: 16, 18, 21 and 25

Prior U.S. Cls.: 2, 3, 37, 39 and 41

**United States Patent and Trademark Office**
Renewal

Reg. No. 876,292
Registered Sep. 9, 1969
OG Date Aug. 29, 1989

## TRADEMARK
## PRINCIPAL REGISTER

## GUCCI

GUCCI AMERICA, INC. (NEW YORK CORPORATION)
685 FIFTH STREET
NEW YORK, NY 10022, BY CHANGE OF NAME FROM GUCCI SHOPS INC. (NEW YORK CORPORATION) NEW YORK, NY

FOR: VACUUM BOTTLES, COMPACTS SOLD EMPTY AND VANITY CASES SOLD EMPTY, IN CLASS 2 (INT. CL. 21).

FIRST USE 12-20-1953; IN COMMERCE 12-20-1953.

FOR: POCKETBOOKS, WALLETS, TRAVEL AND DUFFEL BAGS, ATTACHE CASES, TOILET CASES SOLD EMPTY AND SHOE BAGS, IN CLASS 3 (INT. CL. 18).

FIRST USE 12-20-1953; IN COMMERCE 12-20-1953.

FOR: DESK SETS INCLUDING BLOTTERS, DESK PADS, LETTER OPENERS, PENCIL HOLDERS, AND A LEATHER TRAY , IN CLASS 37 (INT. CL. 16).

FIRST USE 12-20-1953; IN COMMERCE 12-20-1953.

FOR: SHOES AND BOOTS, IN CLASS 39 (INT. CL. 25).

FIRST USE 12-20-1953; IN COMMERCE 12-20-1953.

FOR: UMBRELLAS, IN CLASS 41 (INT. CL. 18).

FIRST USE 12-20-1953; IN COMMERCE 12-20-1953.

SER. NO. 300,192, FILED 6-11-1968.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 29, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:47:51 ET

**Serial Number:** 72300192 <u>Assignment Information</u>

**Registration Number:** 876292

**Mark (words only):** GUCCI

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 1989-07-17

**Filing Date:** 1968-06-11

**Transformed into a National Application:** No

**Registration Date:** 1969-09-09

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-01-23

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
685 FIFTH STREET
NEW YORK, NY 10022
United States
**Legal Entity Type:** Corporation

**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

**U.S. Class:** 002 (International Class 021)
**Class Status:** Active
VACUUM BOTTLES, COMPACTS SOLD EMPTY AND VANITY CASES SOLD EMPTY
**Basis:** 1(a)
**First Use Date:** 1953-12-20
**First Use in Commerce Date:** 1953-12-20

**U.S. Class:** 003 (International Class 018)
**Class Status:** Active
POCKETBOOKS, WALLETS, TRAVEL AND DUFFEL BAGS, ATTACHE CASES, TOILET
CASES SOLD EMPTY AND SHOE BAGS
**Basis:** 1(a)
**First Use Date:** 1953-12-20
**First Use in Commerce Date:** 1953-12-20

**U.S. Class:** 037 (International Class 016)
**Class Status:** Active
DESK SETS INCLUDING BLOTTERS, DESK PADS, LETTER OPENERS, PENCIL HOLDERS,
AND A LEATHER TRAY
**Basis:** 1(a)
**First Use Date:** 1953-12-20
**First Use in Commerce Date:** 1953-12-20

**U.S. Class:** 039 (International Class 025)
**Class Status:** Active
SHOES AND BOOTS
**Basis:** 1(a)
**First Use Date:** 1953-12-20
**First Use in Commerce Date:** 1953-12-20

**U.S. Class:** 041 (International Class 018)
**Class Status:** Active
UMBRELLAS
**Basis:** 1(a)
**First Use Date:** 1953-12-20
**First Use in Commerce Date:** 1953-12-20

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

1989-09-09 - First renewal

1989-05-19 - Section 9 filed/check record for Section 8

1977-02-28 - Section 15 acknowledged

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

# United States Patent Office

**959,338**
**Registered May 22, 1973**

## PRINCIPAL REGISTER
### Trademark

Ser. No. 420,356, filed Apr. 4, 1972

# GUCCI

Gucci Shops Inc. (New York corporation)
699 5th Ave.
New York, N.Y.   10022

For: WATCHES, in CLASS 27 (INT. CL. 14).
First use 1957; in commerce 1957.
Owner of Reg. No. 876,292.

R. PEVERADA, Examiner

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:51:40 ET

**Serial Number:** 72420356 <u>Assignment Information</u>

**Registration Number:** 959338

**Mark (words only):** GUCCI

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2004-02-13

**Filing Date:** 1972-04-04

**Transformed into a National Application:** No

**Registration Date:** 1973-05-22

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-04-09

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
685 FIFTH AVENUE
NEW YORK, NY 10022
United States
**Legal Entity Type:** Corporation

**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**U.S. Class:** 027 (International Class 014)
**Class Status:** Active
WATCHES
**Basis:** 1(a)
**First Use Date:** 1957-00-00
**First Use in Commerce Date:** 1957-00-00

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
876292

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

2006-05-19 - Review Of Correspondence Complete

2004-02-13 - FAX RECEIVED

2004-02-13 - Second renewal 10 year

2004-02-13 - Section 8 (10-year) accepted/ Section 9 granted

2002-12-05 - Combined Section 8 (10-year)/Section 9 filed

2002-12-03 - PAPER RECEIVED

1993-04-21 - First renewal 10 year

Latest Status Info

1993-02-08 - Section 9 filed/check record for Section 8

1993-02-08 - Section 9 filed/check record for Section 8

1993-02-08 - Section 9 filed/check record for Section 8

1979-02-12 - Section 8 (6-year) accepted & Section 15 acknowledged

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
GEORGE M. BORABABY

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

---

# United States Patent Office

**972,078**
Registered Oct. 30, 1973

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 421,386, filed Apr. 14, 1972

## GUCCI

Gucci Shops Inc. (New York corporation)
699 5th Ave.
New York, N.Y. 10022

For: RETAIL APPAREL, JEWELRY AND LEATH-
ER GOODS STORE SERVICES, in CLASS 101 (INT.
CL. 42).
First use Dec. 20, 1953; in commerce Dec. 20, 1953.
Owner of Reg. No. 876,292.

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:52:38 ET

**Serial Number:** 72421386 <u>Assignment Information</u>

**Registration Number:** 972078

**Mark (words only):** GUCCI

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2003-03-11

**Filing Date:** 1972-04-14

**Transformed into a National Application:** No

**Registration Date:** 1973-10-30

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-03-13

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
685 FIFTH AVENUE
NEW YORK, NJ 10022
United States
**Legal Entity Type:** Corporation

**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

**U.S. Class:** 101 (International Class 042)
**Class Status:** Active
RETAIL APPAREL, JEWELRY AND LEATHER GOODS STORE SERVICES
**Basis:** 1(a)
**First Use Date:** 1953-12-20
**First Use in Commerce Date:** 1953-12-20

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
876292

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

2003-03-11 - Second renewal 10 year

2003-03-11 - Section 8 (10-year) accepted/ Section 9 granted

2002-12-11 - Combined Section 8 (10-year)/Section 9 filed

2002-12-11 - PAPER RECEIVED

1993-12-08 - First renewal 10 year

1993-10-28 - Section 9 filed/check record for Section 8

1979-11-20 - Section 8 (6-year) accepted & Section 15 acknowledged

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
GEORGE M. BORABABY

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,168,477
Registered Sep. 8, 1981

## TRADEMARK
### Principal Register

## GUCCI

Gucci Shops, Inc. (New York corporation)
685 5th Ave.
New York, N.Y. 10022

For: NECKTIES; SCARVES; BELTS; FOOT-
WEAR; SHIRTS; SWEATERS; COATS; SUITS;
DRESSING GOWNS; HATS; SOCKS; DRESSES
AND BATHING SUITS, in CLASS 25 (U.S. Cl.
39).

First use Sep. 1920; in commerce Dec. 1953.
Owner of U.S. Reg. Nos. 876,292, 972,078 and
others.

Ser. No. 219,348, filed Jun. 12, 1979.

JEFFERY H. KAUFMAN, Primary Examiner

R. S. BREN, Examiner

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:53:26 ET

**Serial Number:** 73219348 <u>Assignment Information</u>

**Registration Number:** 1168477

**Mark (words only):** GUCCI

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2002-02-01

**Filing Date:** 1979-06-12

**Transformed into a National Application:** No

**Registration Date:** 1981-09-08

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2002-02-05

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
685 FIFTH AVENUE
NEW YORK, NY 10022
United States
**Legal Entity Type:** Corporation

Latest Status Info

**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
Neckties; Scarves; Belts; Footwear; Shirts; Sweaters; Coats; Suits; Dressing Gowns; Hats; Socks; Dresses and Bathing Suits
**Basis:** 1(a)
**First Use Date:** 1920-09-00
**First Use in Commerce Date:** 1953-12-00

---

## ADDITIONAL INFORMATION

---

**Section 2(f)**

**Prior Registration Number(s):**
8762920
9720780

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

2002-02-01 - First renewal 10 year

2002-02-01 - Section 8 (10-year) accepted/ Section 9 granted

2001-11-27 - Combined Section 8 (10-year)/Section 9 filed

1987-04-09 - Section 8 (6-year) accepted & Section 15 acknowledged

1981-09-08 - Registered - Principal Register

Latest Status Info

1981-06-16 - Published for opposition

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
GEORGE M. BARABABY

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

Int. Cl.: 9

Prior U.S. Cl.: 26

**Reg. No. 1,321,864**

## United States Patent and Trademark Office

**Registered Feb. 26, 1985**

### TRADEMARK
**Principal Register**

### GUCCI

Gucci Shops, Inc. (New York corporation)
685 5th Ave.
New York, N.Y. 10022

For: EYEGLASSES AND PARTS THEREFOR,
in CLASS 9 (U.S. Cl. 26).
First use May 6, 1983; in commerce Sep. 12, 1983.
Owner of U.S. Reg. No. 1,169,019.
Sec. 2(f).

Ser. No. 448,904, filed Oct. 20, 1983.

LAURA ELLEN DAVIS, Examining Attorney

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:54:15 ET

**Serial Number:** 73448904 <u>Assignment Information</u>

**Registration Number:** 1321864

**Mark (words only):** GUCCI

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2004-08-03

**Filing Date:** 1983-10-20

**Transformed into a National Application:** No

**Registration Date:** 1985-02-26

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-08-04

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Gucci America, Inc.

**Address:**
Gucci America, Inc.
685 Fifth Avenue
New York, NY 10022
United States
**Legal Entity Type:** Corporation

Latest Status Info

**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

---

**International Class:** 009
**Class Status:** Active
Eyeglasses and Parts Therefor
**Basis:** 1(a)
**First Use Date:** 1983-05-06
**First Use in Commerce Date:** 1983-09-12

---

## ADDITIONAL INFORMATION

---

**Section 2(f)**

**Prior Registration Number(s):**
1169019

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

2004-08-03 - First renewal 10 year

2004-08-03 - Section 8 (10-year) accepted/ Section 9 granted

2004-06-01 - Combined Section 8 (10-year)/Section 9 filed

1991-02-05 - Section 8 (6-year) accepted & Section 15 acknowledged

1990-11-05 - Section 8 (6-year) and Section 15 Filed

1985-02-26 - Registered - Principal Register

Latest Status Info

1984-12-18 - Published for opposition

1984-12-06 - Notice of publication

1984-10-15 - Approved for Pub - Principal Register (Initial exam)

1984-09-24 - Communication received from applicant

1984-09-07 - Non-final action mailed

1984-08-09 - Communication received from applicant

1984-05-10 - Non-final action mailed

1984-03-30 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
GEORGE M. BORABABY

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

---