# Exhibit 2

Int. Cls.: 3, 9, 18, 24, 25 and 26

Prior U.S. Cls.: 1, 3, 21, 26, 39, 40, 41, 42, 51 and 52

## United States Patent and Trademark Office

Reg. No. 1,491,810
Registered June 14, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## CHLOE

CHLOE SOCIETE ANONYME (FRANCE COR-
PORATION)
71 AVENUE FRANKLIN ROOSEVELT
PARIS, FRANCE

FOR: PERFUME, TOILET WATER, CO-
LOGNE, BATH AND SHOWER GEL, TALCUM
POWDER, BODY LOTION, BODY CREAM,
PERSONAL DEODORANT, BEAUTY OR BATH
SOAP, BATH SALTS, ALL PURPOSE CLEAN-
ING PREPARATIONS, MAKEUP, HAIR SHAM-
POO, TOOTHPASTE AND HAIR LOTION, IN
CLASS 3 (U.S. CLS. 51 AND 52).

FOR: EYEGLASSES, SUNGLASSES, CALCU-
LATORS, DRESSMAKER'S MEASURES, ELEC-
TRIC FLATIRONS AND OPTICAL LENSES, IN
CLASS 9 (U.S. CLS. 21 AND 26).

FOR: FUR AND PELTS SOLD IN BULK,
HANDBAGS, PURSES, TRAVEL CASES, TRAV-
ELLING BAGS, PARASOLS, UMBRELLAS
AND WALKING STICKS, IN CLASS 18 (U.S.
CLS. 1, 3 AND 41).

FOR: TEXTILE FABRICS FOR USE IN THE
MANUFACTURE OF CLOTHING, LINING MA-
TERIAL FOR USE IN THE MANUFACTURE
OF CLOTHING, BED LINEN, BATH LINEN,
HANDKERCHIEFS AND CLOTH LABELS, IN
CLASS 24 (U.S. CL. 42).

FOR: APRONS, BATHROBES, BATHING
SUITS, BERETS, WAISTS OF LADIES
DRESSES, COATS, COLLARS, CUFFS,
DRESSES, FUR STOLES, FUR JACKETS AND
COATS, HATS, HOSIERY, JACKETS, GLOVES,
TIES, SHIRTS, BLOUSES, TROUSERS, SKIRTS,
LINGERIE, VEILS, SCARVES, SHAWLS,
BOOTS, SHOES AND SLIPPERS, IN CLASS 25
(U.S. CL. 39).

FOR: ARTIFICIAL FLOWERS AND FRUIT,
HAIRBANDS, BRAIDS, BUCKLES AND
CORDS, NEEDLES, PINS, LACE, EMBROI-
DERY, RIBBONS, HAIR ORNAMENTS, BUT-
TONS, HOOKS AND EYES, IN CLASS 26 (U.S.
CL. 40).

PRIORITY CLAIMED UNDER SEC. 44(D) ON
FRANCE APPLICATION NO. 813907, FILED
9-12-1986, REG. NO. 1370314, DATED 9-12-1986,
EXPIRES 9-12-1996.

OWNER OF U.S. REG. NOS. 950,843, 1,447,853
AND OTHERS.

SER. NO. 648,744, FILED 3-10-1987.

RICHARD A. STRASER, EXAMINING ATTOR-
NEY

Latest Status Info

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-03-13 12:08:43 ET

**Serial Number:** 73648744 Assignment Information

**Registration Number:** 1491810

**Mark (words only):** CHLOE

**Standard Character claim:** No

**Current Status:** A partial Section 8 affidavit has been accepted.

**Date of Status:** 1994-09-29

**Filing Date:** 1987-03-10

**Transformed into a National Application:** No

**Registration Date:** 1988-06-14

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 1995-01-30

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHLOE SOCIETE ANONYME

**Address:**
CHLOE SOCIETE ANONYME
54-56 RUE DU FAUBOURG SAINT HONORE
75008 PARIS
France
**Legal Entity Type:** Corporation

Latest Status Info

**State or Country of Incorporation:** France

---

## GOODS AND/OR SERVICES

---

**International Class:** 003
**Class Status:** Active
PERFUME, TOILET WATER, COLOGNE, TALCUM POWDER, BODY LOTION, BODY CREAM, PERSONAL DEODORANT, BEAUTY OR BATH SOAP
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 009
**Class Status:** Section 8 - Cancelled
EYEGLASSES, SUNGLASSES, CALCULATORS, DRESSMAKER'S MEASURES, ELECTRIC FLATIRONS AND OPTICAL LENSES
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 018
**Class Status:** Active
HANDBAGS, PURSES, TRAVEL CASES, TRAVELLING BAGS, PARASOLS, UMBRELLAS
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 024
**Class Status:** Section 8 - Cancelled
TEXTILE FABRICS FOR USE IN THE MANUFACTURE OF CLOTHING, LINING MATERIAL FOR USE IN THE MANUFACTURE OF CLOTHING, BED LINEN, BATH LINEN, HANDKERCHIEFS AND CLOTH LABELS
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 025
**Class Status:** Active
BATHROBES, BATHING SUITS, COATS, DRESSES, HATS, JACKETS, GLOVES, TIES, SHIRTS, BLOUSES, TROUSERS, SKIRTS, SCARVES, SHOES
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

Latest Status Info

**International Class:** 026
**Class Status:** Section 8 - Cancelled
ARTIFICIAL FLOWERS AND FRUIT, HAIRBANDS, BRAIDS, BUCKLES AND CORDS, NEEDLES, PINS, LACE, EMBROIDERY, RIBBONS, HAIR ORNAMENTS, BUTTONS, HOOKS AND EYES
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
950843
1020289
1103275
1143167
1182862
1447853

**Foreign Application Number:** 813907
**Foreign Registration Number:** 1370314
**Foreign Registration Date:** 1986-09-12
**Country:** France
**Foreign Filing Date:** 1986-09-12
**Foreign Expiration Date:** 1996-09-12

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

1994-09-29 - Partial Section 8 (6-year) accepted & Section 15 acknowledged

1994-03-10 - Section 8 (6-year) and Section 15 Filed

1988-06-14 - Registered - Principal Register

1988-03-22 - Published for opposition

1988-02-19 - Notice of publication

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,106,722
Registered Nov. 21, 1978

## TRADEMARK
### Principal Register



Gucci Shops Inc. (New York corporation)
689 5th Ave.
New York, N.Y.  10022

For: NECKTIES, SCARVES, BELTS, FOOTWEAR, SHIRTS, SWEATERS, COATS, SUITS, DRESSING GOWNS, HATS, SOCKS, DRESSES, AND BATHING SUITS, in CLASS 25 (U.S. CL. 39).

First use March 1966; in commerce March 1966.

Ser. No. 146,455, filed Oct. 28, 1977.

V. T. HARFORD, Jr., Examiner

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:55:04 ET

**Serial Number:** 73146455 <u>Assignment Information</u>

**Registration Number:** 1106722

**Mark**



**(words only):** GG

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 1998-10-21

**Filing Date:** 1977-10-28

**Transformed into a National Application:** No

**Registration Date:** 1978-11-21

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2001-08-24

Latest Status Info

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
689 FIFTH AVENUE
NEW YORK, NY 10022
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
NECKTIES, SCARVES, BELTS, FOOTWEAR, SHIRTS, SWEATERS, COATS, SUITS, AND BATHING SUITS
**Basis:** 1(a)
**First Use Date:** 1966-03-00
**First Use in Commerce Date:** 1966-03-00

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

1998-10-21 - First renewal 10 year

1998-08-27 - Section 9 filed/check record for Section 8

1985-03-28 - Section 8 (6-year) accepted & Section 15 acknowledged

1984-10-19 - Section 8 (6-year) and Section 15 Filed

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
JOHN CLARKE HOLMAN

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

---

Int. Cl.: 6

Prior U.S. Cl.: 13

# United States Patent and Trademark Office

Reg. No. 1,112,601
Registered Feb. 6, 1979

## TRADEMARK
### Principal Register



Gucci Shops Inc. (New York corporation)
689 5th Ave.
New York, N.Y.    10022

For: KEY RINGS, in CLASS 6 (U.S. CL. 13).
First use July 1918; in commerce December 1953.

Ser. No. 133,832, filed July 13, 1977.

M. E. BODSON, Examiner

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:55:48 ET

**Serial Number:** 73133832 <u>Assignment Information</u>

**Registration Number:** 1112601

**Mark**



**(words only):** GUCCI

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 1999-01-27

**Filing Date:** 1977-07-13

**Transformed into a National Application:** No

**Registration Date:** 1979-02-06

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2001-08-07

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
685 FIFTH AVENUE
NEW YORK, NY 10022
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**International Class:** 006
**Class Status:** Active
KEY RINGS
**Basis:** 1(a)
**First Use Date:** 1918-07-00
**First Use in Commerce Date:** 1953-12-00

## ADDITIONAL INFORMATION

**Design Search Code(s):**
**02.01.23** - Armor (men wearing); Knights; Men, knights and other men in armor
**02.09.06** - Carrying items, humans; Humans, including men, women and children, depicted toting items, such as buckets or bags; Toting items, humans
**24.01.02** - Shields or crests with figurative elements contained therein or superimposed thereon
**24.09.07** - Advertising, banners; Banners
**26.05.07** - Triangles with a decorative border, including scalloped, ruffled and zig-zag edges

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

Latest Status Info

2006-08-17 - PAPER RECEIVED

1999-01-27 - First renewal 10 year

1998-10-26 - Section 9 filed/check record for Section 8

1985-03-13 - Section 8 (6-year) accepted & Section 15 acknowledged

1984-10-19 - Section 8 (6-year) and Section 15 Filed

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
GEORGE M BORABABY

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

---

Int. Cl.: 18

Prior U.S. Cl.: 3, 41

## United States Patent and Trademark Office

Reg. No. 1,122,780
Registered July 24, 1979

## TRADEMARK
### Principal Register



Gucci Shops Inc. (New York corporation)
689 5th Ave.
New York, N.Y. 10022

For: WALLETS, PURSES, HANDBAGS, SHOULDER BAGS, CLUTCH BAGS, TOTE BAGS, CARD CASES, PASSPORT CASES, COSMETIC CASES, ATTACHE CASES, VALISES, SUITCASES, DUFFLES, NECKTIE CASES, U M B R E L L A S, SADDLES, BRIDLES, WALKING STICKS, CANES, AND KEY CASES, in CLASS 18 (U.S. CLS. 3 and 41).

First use July 1963; in commerce July 1963.

The mark is made up of a stripe containing three distinct bands of colors, the colors being green, red then green.

Ser. No. 150,482, filed Dec. 1, 1977.

G. E. PENCE, Examiner

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:56:42 ET

**Serial Number:** 73150482 <u>Assignment Information</u>

**Registration Number:** 1122780

**Mark**



**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 1999-09-22

**Filing Date:** 1977-12-01

**Transformed into a National Application:** No

**Registration Date:** 1979-07-24

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2001-08-09

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

## 1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
50 HARTZ WAY
SECAUCUS, NJ 07094
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

---

### GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
WALLETS, PURSES, HANDBAGS, SHOULDER BAGS, CLUTCH BAGS, TOTE BAGS, CARD CASES, ATTACHE CASES, VALISES, SUITCASES, DUFFLES, [ AND KEY CASES
**Basis:** 1(a)
**First Use Date:** 1963-07-00
**First Use in Commerce Date:** 1963-07-00

---

### ADDITIONAL INFORMATION

**Lining and Stippling:** THE MARK IS MADE UP OF A STRIPE CONTAINING THREE DISTINCT BANDS OF COLORS, THE COLORS BEING GREEN, RED THEN GREEN.

**Design Search Code(s):**
**26.11.11** - Rectangles divided twice into three sections
**26.11.21** - Rectangles that are completely or partially shaded

---

### MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

### PROSECUTION HISTORY

2007-01-16 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

Latest Status Info

1999-09-22 - First renewal 10 year

1999-07-19 - Section 9 filed/check record for Section 8

1985-09-13 - Section 8 (6-year) accepted & Section 15 acknowledged

1985-07-01 - Section 8 (6-year) and Section 15 Filed

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

Int. Cl.: 25

Prior U.S. Cl.: 39

# United States Patent and Trademark Office

Reg. No. 1,483,526
Registered Apr. 5, 1988

## TRADEMARK
### PRINCIPAL REGISTER



GUCCI AMERICA, INC. (NEW YORK CORPO-
RATION)
685 5TH AVENUE
NEW YORK, NY 10022 , BY CHANGE OF NAME
FROM GUCCI SHOPS, INC. (NEW YORK
CORPORATION) NEW YORK, NY 10022

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).
FIRST USE 9–0–1967; IN COMMERCE
9–0–1967.
OWNER OF U.S. REG. NOS. 1,122,570, 1,159,775
AND OTHERS.

THE MARK IS LINED FOR THE COLORS
RED AND GREEN.

THE MARK IS MADE UP OF A STRIPE CON-
TAINING THREE BANDS OF COLOR, THE
COLORS BEING GREEN, RED THEN GREEN.

SEC. 2(F).

SER. NO. 562,496, FILED 10–10–1985.

CRAIG K. MORRIS, EXAMINING ATTORNEY

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:57:44 ET

**Serial Number:** 73562496 <u>Assignment Information</u>

**Registration Number:** 1483526

**Mark**



**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 1994-06-17

**Filing Date:** 1985-10-10

**Transformed into a National Application:** No

**Registration Date:** 1988-04-05

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 1994-08-01

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

## 1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
50 HARTZ WAY
SECAUCUS, NJ 07094
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
FOOTWEAR
**Basis:** 1(a)
**First Use Date:** 1967-09-00
**First Use in Commerce Date:** 1967-09-00

## ADDITIONAL INFORMATION

**Description of Mark:** THE MARK IS MADE UP OF A STRIPE CONTAINING THREE BANDS OF COLOR, THE COLORS BEING GREEN, RED THEN GREEN.

**Lining and Stippling:** THE MARK IS LINED FOR THE COLORS RED AND GREEN.

**Section 2(f)**

**Design Search Code(s):**
**26.11.12** - Rectangles with bars, bands and lines
**26.11.21** - Rectangles that are completely or partially shaded

**Prior Registration Number(s):**
1122570
1159775

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

Latest Status Info

# PROSECUTION HISTORY

2007-01-03 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

1994-06-17 - Section 8 (6-year) accepted & Section 15 acknowledged

1994-03-25 - Section 8 (6-year) and Section 15 Filed

1988-04-05 - Registered - Principal Register

1988-01-12 - Published for opposition

1987-12-15 - Notice of publication

1987-12-11 - Notice of publication

1987-10-23 - Approved for Pub - Principal Register (Initial exam)

1987-09-22 - Communication received from applicant

1987-03-26 - Final refusal mailed

1986-11-19 - Communication received from applicant

1986-05-19 - Non-final action mailed

1986-03-25 - Communication received from applicant

1986-01-08 - Non-final action mailed

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
JOHN CLARKE HOLMAN

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022-4690
Phone Number: 212-715-1000

Latest Status Info

Fax Number: 212-715-1399

Int. Cls.: **18 and 25**

Prior U.S. Cls.: **1, 2, 3, 22, 39 and 41**

**Reg. No. 2,042,805**

## United States Patent and Trademark Office

Registered Mar. 11, 1997

### TRADEMARK
### PRINCIPAL REGISTER



GUCCI AMERICA, INC. (NEW YORK CORPO-
RATION)
685 FIFTH AVENUE
NEW YORK, NY 10022

FOR: HANDBAGS, IN CLASS 18 (U.S. CLS. 1,
2, 3, 22 AND 41).
FIRST USE 10-0-1994; IN COMMERCE
3-0-1995.
FOR: BELTS, GLOVES, IN CLASS 25 (U.S.
CLS. 22 AND 39).

FIRST USE 10-0-1994; IN COMMERCE
3-0-1995.

OWNER OF U.S. REG. NOS. 1,106,722, 1,920,895
AND OTHERS.

SER. NO. 74-709,786, FILED 8-1-1995.

ANDREW LAWRENCE, EXAMINING ATTOR-
NEY

Latest Status Info

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-03-13 11:59:19 ET

**Serial Number:** 74709786 Assignment Information

**Registration Number:** 2042805

**Mark**



**(words only):** G

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2003-04-24

**Filing Date:** 1995-08-01

**Transformed into a National Application:** No

**Registration Date:** 1997-03-11

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2006-12-21

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
685 Fifth Avenue
New York, NY 10022
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
handbags
**Basis:** 1(a)
**First Use Date:** 1994-10-00
**First Use in Commerce Date:** 1995-03-00

**International Class:** 025
**Class Status:** Active
belts, gloves
**Basis:** 1(a)
**First Use Date:** 1994-10-00
**First Use in Commerce Date:** 1995-03-00

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1106722
1107311
1142562
1158170
1920895

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

Latest Status Info

---

## PROSECUTION HISTORY

---

2007-01-16 - TEAS Change Of Correspondence Received

2006-12-21 - Case File In TICRS

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

2003-04-24 - Section 8 (6-year) accepted & Section 15 acknowledged

2002-12-06 - Section 8 (6-year) and Section 15 Filed

2002-12-06 - Section 8 (6-year) and Section 15 Filed

2002-12-06 - PAPER RECEIVED

1997-03-11 - Registered - Principal Register

1996-12-17 - Published for opposition

1996-11-15 - Notice of publication

1996-09-27 - Approved for Pub - Principal Register (Initial exam)

1996-07-18 - Communication received from applicant

1996-01-18 - Non-final action mailed

1996-01-06 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
GEORGE M. BORABABY

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

Latest Status Info

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
685 fifth Avenue
New York, NY 10022
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active
WATCHES and CLOCKS
**Basis:** 1(a)
**First Use Date:** 1996-04-30
**First Use in Commerce Date:** 1996-09-00

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
2042805

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

2004-05-26 - Section 8 (6-year) accepted & Section 15 acknowledged

2004-04-21 - Section 8 (6-year) and Section 15 Filed

Latest Status Info

1999-03-23 - Registered - **Principal Register**

1998-12-29 - Published for opposition

1998-11-27 - Notice of publication

1998-10-22 - Approved for Pub - Principal Register (Initial exam)

1998-10-20 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
GOERGE M BORABABY

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

---

Latest Status Info

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
685 fifth Avenue
New York, NY 10022
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active
WATCHES and CLOCKS
**Basis:** 1(a)
**First Use Date:** 1996-04-30
**First Use in Commerce Date:** 1996-09-00

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
2042805

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

2004-05-26 - Section 8 (6-year) accepted & Section 15 acknowledged

2004-04-21 - Section 8 (6-year) and Section 15 Filed