Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:00:48 ET

**Serial Number:** 76611519 <u>Assignment Information</u>

**Registration Number:** 3072549

**Mark**



**(words only):** GG

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2006-03-28

**Filing Date:** 2004-09-15

**Transformed into a National Application:** No

**Registration Date:** 2006-03-28

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 106

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 830 -Post Registration

**Date In Location:** 2006-09-01

**Int. Cl.: 18**

**Prior U.S. Cls.: 1, 2, 3, 22 and 41**

**United States Patent and Trademark Office**

Reg. No. 3,072,549
Registered Mar. 28, 2006

## TRADEMARK
### PRINCIPAL REGISTER



GUCCI AMERICA, INC. (NEW YORK CORPORA-
TION)
685 FIFTH AVENUE
NEW YORK, NY 10022

FOR: WALLETS, PURSES, HANDBAGS,
SHOULDER BAGS, CLUTCH BAGS, TOTE BAGS,
BUSINESS CARD CASES, CREDIT CARD CASES,
PARTLY AND WHOLLY OF LEATHER, KEY
CASES, COSMETIC CASES SOLD EMPTY, BRIEF-
CASES, ATTACHÉ CASES, VALISES, SUITCASES

AND DUFFLES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22
AND 41).

FIRST USE 3-0-1966; IN COMMERCE 3-0-1966.

OWNER OF U.S. REG. NOS. 1,106,722, 2,680,237
AND OTHERS.

SER. NO. 76-611,519, FILED 9-15-2004.

ELISSA GARBER KON, EXAMINING ATTORNEY

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
George M. Borababy

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:00:07 ET

**Serial Number:** 75456924 <u>Assignment Information</u>

**Registration Number:** 2234272

**Mark**



**(words only):** G

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2004-05-26

**Filing Date:** 1998-03-25

**Transformed into a National Application:** No

**Registration Date:** 1999-03-23

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-06-03

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 2,234,272

Registered Mar. 23, 1999

## TRADEMARK
### PRINCIPAL REGISTER



GUCCI AMERICA, INC. (NEW YORK CORPO-
RATION)
685 FIFTH AVENUE
NEW YORK, NY 10022

FOR: WATCHES AND CLOCKS, IN CLASS 14
(U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 4-30-1996; IN COMMERCE
9-0-1996.

OWNER OF U.S. REG. NO. 2,042,805.

SER. NO. 75-456,924, FILED 3-25-1998.

AMOS T. MATTHEWS, JR., EXAMINING AT-
TORNEY

Latest Status Info

1988-01-20 - Approved for Pub - Principal Register (Initial exam)

1987-12-07 - Communication received from applicant

1987-11-21 - Non-final action mailed

1987-09-23 - Communication received from applicant

1987-05-29 - Non-final action mailed

1987-05-22 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
ALBERT ROBIN

**Correspondent**
LAWRENCE E. APOLZON
WEISS DAWID FROSS ZELNICK & LEHRMAN, PC
633 THIRD AVENUE
NEW YORK, NY 10017

**Domestic Representative**
ALBERT ROBIN

---

Int. Cl.: 16

Prior U.S. Cls.: 2, 22, 37 and 38

## United States Patent and Trademark Office

Reg. No. 1,513,535
Registered Nov. 22, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## CHLOE

CHLOE SOCIETE ANONYME (FRANCE COR-
PORATION)
71 AVENUE FRANKLIN ROOSEVELT
PARIS, FRANCE

FOR: PAPER BAGS, BOOKS, MAGAZINES
AND NEWSPAPERS DEALING WITH FASH-
ION, FRAGRANCES, INTERIOR DECORATING
AND RELATED SUBJECTS, CARDBOARD
AND PAPER BOXES, PENCIL BOXES, CALEN-
DARS, ANNOUNCEMENT CARDS, BUSINESS
CARDS, FILE CARDS, NOTE CARDS, PENCIL
CASES, CARDBOARD AND PAPER CONTAIN-
ERS, PRINTED EMBLEMS, ENVELOPES,
PAPER HANDKERCHIEVES, CHECKBOOK
HOLDERS, PRINTED LABELS, WRITING
PAPER, PRINTED PATTERNS, CLOTHES PAT-
TERNS, PENS, PENCILS, PHOTOGRAPHS,
PLAYING CARDS, POSTERS, SKETCHES,
STENCILS AND STICKERS, IN CLASS 16 (U.S.
CLS. 2, 22, 37 AND 38).

PRIORITY CLAIMED UNDER SEC. 44(D) ON
FRANCE APPLICATION NO. 854175, FILED
5-5-1987, REG. NO. 1406755, DATED 5-5-1987,
EXPIRES 5-5-1997.

OWNER OF U.S. REG. NOS. 950,843, 1,447,853
AND OTHERS.

SER. NO. 666,087, FILED 6-10-1987.

AMOS T. MATTHEWS, JR., EXAMINING AT-
TORNEY

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:09:38 ET

**Serial Number:** 73666087 <u>Assignment Information</u>

**Registration Number:** 1513535

**Mark (words only):** CHLOE

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 1994-07-21

**Filing Date:** 1987-06-10

**Transformed into a National Application:** No

**Registration Date:** 1988-11-22

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-09-22

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHLOE SOCIETE ANONYME

**Address:**
CHLOE SOCIETE ANONYME
71 AVENUE FRANKLIN ROOSEVELT
PARIS
France
**Legal Entity Type:** Corporation

Latest Status Info

**State or Country of Incorporation:** France

---

## GOODS AND/OR SERVICES

**International Class:** 016
**Class Status:** Active
PAPER BAGS, BOOKS, FRAGRANCES, PAPER BOXES, PRINTED LABELS, PHOTOGRAPHS,
POSTERS, SKETCHES
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
950843
1020289
1103275
1143167
1182862
1447853

**Foreign Application Number:** 854175
**Foreign Registration Number:** 1406755
**Foreign Registration Date:** 1987-05-05
**Country:** France
**Foreign Filing Date:** 1987-05-05
**Foreign Expiration Date:** 1997-05-05

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

1994-07-21 - Section 8 (6-year) accepted & Section 15 acknowledged

1994-02-24 - Section 8 (6-year) and Section 15 Filed

1988-11-22 - Registered - Principal Register

Latest Status Info

1988-08-30 - Published for opposition

1988-07-29 - Notice of publication

1988-06-21 - Approved for Pub - Principal Register (Initial exam)

1988-06-08 - Examiner's amendment mailed

1988-06-07 - Allowance/count withdrawn

1988-04-04 - Communication received from applicant

1988-03-24 - Non-final action mailed

1988-03-24 - Allowance/count withdrawn

1988-02-01 - Communication received from applicant

1988-01-04 - Non-final action mailed

1987-10-30 - Communication received from applicant

1987-09-23 - Non-final action mailed

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LAWRENCE E. APOLZON

**Correspondent**
LAWRENCE E. APOLZON
WEISS DAWID FROSS ZELNICK & LEHRMAN
633 THIRD AVENUE
NEW YORK, NY 10017

**Domestic Representative**
WEISS DAWID FROSS ZELNICK & LEHRMAN

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 1,925,176

## United States Patent and Trademark Office

Registered Oct. 10, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## CHLOE

CHLOE SOCIETE ANONYME (FRANCE SOCIE-
TE ANONYME)
54–56 RUE DE FAUBOURG SAINT HONORE
75008 PARIS, FRANCE

FOR: SUNGLASSES, SPECTACLE FRAMES
AND PARTS THEREOF, NAMELY EAR-
PIECES, LENSES, CORDS, CHAINS, CASES
AND CONTAINERS FOR SUCH SUNGLASSES
AND SPECTACLE FRAMES, IN CLASS 9 (U.S.
CLS. 21, 23, 26, 36 AND 38).

OWNER OF FRANCE REG. NO. 1370314,
DATED 9–12–1986, EXPIRES 9–12–1996.

OWNER OF U.S. REG. NOS. 950,843, 1,591,790
AND OTHERS.

SER. NO. 74–541,575, FILED 6–22–1994.

ESTHER BELENKER, EXAMINING ATTOR-
NEY

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:10:20 ET

**Serial Number:** 74541575 <u>Assignment Information</u>

**Registration Number:** 1925176

**Mark (words only):** CHLOE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2006-01-03

**Filing Date:** 1994-06-22

**Transformed into a National Application:** No

**Registration Date:** 1995-10-10

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 103

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 830 -Post Registration

**Date In Location:** 2006-01-03

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe Societe Anonyme

**Address:**
Chloe Societe Anonyme
54-56 rue de Faubourg Saint Honore
75008 Paris
France
**Legal Entity Type:** SOCIETE ANONYME

Latest Status Info

**State or Country Where Organized:** France

---

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
sunglasses,,,, cases and containers for such sunglasses and
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
950843
1491810
1591790

**Foreign Registration Number:** 1370314
**Foreign Registration Date:** 1986-09-12
**Country:** France
**Foreign Expiration Date:** 1996-09-12

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2006-01-03 - First renewal 10 year

2006-01-03 - Section 8 (10-year) accepted/ Section 9 granted

2005-11-30 - Assigned To Paralegal

2005-10-13 - Combined Section 8 (10-year)/Section 9 filed

2005-10-13 - PAPER RECEIVED

2005-10-11 - PAPER RECEIVED

Latest Status Info

2001-03-28 - Section 8 (6-year) accepted

2000-12-06 - Section 8 (6-year) filed

1995-10-10 - Registered - Principal Register

1995-07-18 - Published for opposition

1995-06-16 - Notice of publication

1995-04-11 - Approved for Pub - Principal Register (Initial exam)

1995-03-20 - Communication received from applicant

1995-01-17 - Non-final action mailed

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lawrence E. Apolzon

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017

**Domestic Representative**
Fross Zelnick Lehrman & Zissu, P.C.

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,745,487

## United States Patent and Trademark Office

Registered Aug. 5, 2003

### TRADEMARK
### PRINCIPAL REGISTER

## CHLOE

CHLOE SOCIETE ANONYME (FRANCE SOCI-
    ETE ANONYME)
54-56 RUE DU FAUBOURG SAINT HONORE
75008 PARIS, FRANCE

FOR: JEWELRY; HOROLOGICAL AND
CHRONOMETRIC INSTRUMENTS, NAMELY,
WATCHES AND CLOCKS; WATCH STRAPS; PARTS
AND FITTINGS FOR ALL THE AFORESAID
GOODS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

OWNER OF FRANCE REG. NO. 1428213, DATED
9-23-1987, EXPIRES 9-23-2007.

OWNER OF U.S. REG. NOS. 1,182,862, 1,491,810,
AND 2,020,289.

SER. NO. 75-611,908, FILED 12-24-1998.

TARAH HARDY, EXAMINING ATTORNEY

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:11:22 ET

**Serial Number:** 75611908 <u>Assignment Information</u>

**Registration Number:** 2745487

**Mark (words only):** CHLOE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2003-08-05

**Filing Date:** 1998-12-24

**Transformed into a National Application:** No

**Registration Date:** 2003-08-05

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-12-03

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe Societe Anonyme

**Address:**
Chloe Societe Anonyme
54-56 rue du Faubourg Saint Honore
75008 Paris
France
**Legal Entity Type:** SOCIETE ANONYME

Latest Status Info

**State or Country Where Organized:** France

---

## GOODS AND/OR SERVICES

---

**International Class:** 014
**Class Status:** Active
jewelry; horological and chronometric instruments, namely, watches and clocks; watch straps; parts and fittings for all the aforesaid goods
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

---

**Prior Registration Number(s):**
1020289
1182862
1491810

**Foreign Registration Number:** 1428213
**Foreign Registration Date:** 1987-09-23
**Country:** France
**Foreign Expiration Date:** 2007-09-23

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2003-10-24 - Section 7 correction issued

2003-08-25 - PAPER RECEIVED

2003-08-05 - Registered - Principal Register

2003-04-08 - Published for opposition

2003-03-19 - Notice of publication

2001-11-01 - Sec. 44(E) Claim Added

Latest Status Info

2002-11-01 - ITU claim deleted

2002-09-07 - Notice of Allowance canceled

2002-10-08 - Petition To Director - Granted

2002-07-26 - Petition To Director Received

2002-02-25 - Extension 4 granted

2002-02-06 - Extension 4 filed

2001-07-16 - Extension 3 granted

2001-07-16 - Extension 3 filed

2001-04-06 - Extension 2 granted

2001-02-22 - Extension 2 filed

2000-09-21 - Extension 1 granted

2000-07-31 - Extension 1 filed

2000-03-07 - Notice of allowance - mailed

1999-12-14 - Published for opposition

1999-11-12 - Notice of publication

1999-08-18 - Approved for Pub - Principal Register (Initial exam)

1999-08-09 - Communication received from applicant

1999-07-27 - Non-final action mailed

1999-07-26 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LAWRENCE E APOLZON

**Correspondent**
LAWRENCE E APOLZON

Latest Status Info

FROSS ZELNICK LEHRMAN & ZISSU PC
866 UNITED NATIONS PLZ
NEW YORK NY 10017

**Domestic Representative**
Fross Zelnick Lehrman & Zissu PC

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 3,198,388

## United States Patent and Trademark Office

Registered Jan. 16, 2007

### TRADEMARK
### PRINCIPAL REGISTER

# CHLOE

CHLOE SOCIÉTÉ ANONYME (FRANCE COMPA-
NY)

54/56 RUE DU FAUBOURG SAINT HONORÉ

75008 PARIS, FRANCE

FOR: OPTICAL APPARATUS AND INSTRU-
MENTS, NAMELY, SPECTACLES, SUNGLASSES,
EYEGLASSES, EYE SHADES, AND CONTACT LEN-
SES, AND FRAMES, EARPIECES, LENSES, CORDS,
CHAINS, CASES AND CONTAINERS THEREFORE,
IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF ERPN CMNTY TM OFC REG. NO.
003683661, DATED 9-21-2005, EXPIRES 3-5-2014.

OWNER OF U.S. REG. NO. 1,925,176.

SER. NO. 78-752,377, FILED 11-11-2005.

DEZMONA MIZELLE, EXAMINING ATTORNEY

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server</u>.**

**This page was generated by the TARR system on** 2007-03-13 12:12:04 ET

**Serial Number:** 78752377 <u>Assignment Information</u>

**Registration Number:** 3198388

**Mark**

# CHLOE

**(words only):** CHLOE

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2007-01-16

**Filing Date:** 2005-11-11

**Transformed into a National Application:** No

**Registration Date:** 2007-01-16

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-01-16

Latest Status Info

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe Société Anonyme

**Address:**
Chloe Société Anonyme
54/56 Rue du Faubourg Saint Honoré
75008 Paris
France
**Legal Entity Type:** Company
**State or Country Where Organized:** France

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
Optical apparatus and instruments, namely, spectacles, sunglasses, eyeglasses, eye shades, and contact lenses, and frames, earpieces, lenses, cords, chains, cases and containers therefore
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1925176

**Foreign Registration Number:** 003683661
**Foreign Registration Date:** 2005-09-21
**Country:** Erpn Cmnty TM Ofc
**Foreign Expiration Date:** 2014-03-05

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-16 - Registered - Principal Register

Latest Status Info

2006-10-31 - Published for opposition

2006-10-11 - Notice of publication

2006-09-18 - Law Office Publication Review Completed

2006-09-15 - Assigned To LIE

2006-08-31 - Approved for Pub - Principal Register (Initial exam)

2006-08-07 - Amendment From Applicant Entered

2006-07-20 - Communication received from applicant

2006-07-20 - PAPER RECEIVED

2006-05-24 - Non-final action mailed

2006-05-23 - Non-Final Action Written

2006-05-17 - Assigned To Examiner

2006-02-24 - Applicant amendment prior to exam entered

2006-02-24 - PAPER RECEIVED

2005-11-16 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lawrence E. Apolzon

**Correspondent**
LAWRENCE E. APOLZON; FROSS ZELNICK LEHRM
866 UNITED NATIONS PLAZA
NEW YORK, NY - NEW YORK
10017
XPX - NOT PROVIDED
Phone Number: 212-813-5900

**Domestic Representative**
Fross Zelnick Lehrman & Zissu, P.C.

# United States Patent Office

**950,843**

Registered Jan. 16, 1973

## PRINCIPAL REGISTER
### Trademark

Ser. No. 392,040, filed May 14, 1971

# Chloé

Chloe (French joint-stock company)
71 Avenue Franklin Roosevelt
75 Paris 8, France

For: LADIES' ARTICLES OF CLOTHING FOR
OUTERWEAR — NAMELY, FROCKS, D R E S S E S,
COATS, COSTUMES, SUITS, SKIRTS, BLOUSES,
VESTS AND PANT-SUITS; FUR COATS, VESTS,
HATS AND TIES; AND LADIES' SHOES—in CLASS
39 (INT. CL. 25).

Owner of French Reg. No. 464,837, dated May 10,
1957 (Seine); Natl. Inst. No. 90,025.

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server</u>.**

**This page was generated by the TARR system on** 2007-03-13 12:12:55 ET

**Serial Number:** 72392040 <u>Assignment Information</u>

**Registration Number:** 950843

**Mark**



**(words only):** CHLOE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2003-03-09

**Filing Date:** 1971-05-14

**Transformed into a National Application:** No

**Registration Date:** 1973-01-16

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-03-13

Latest Status Info

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHLOE SOCIETE ANONYME

**Address:**
CHLOE SOCIETE ANONYME
54-56 RUE DU FAUBOURG SAINT HONORE
75008 PARIS
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

## GOODS AND/OR SERVICES

**U.S. Class:** 039 (International Class 025)
**Class Status:** Active
LADIES' ARTICLES OF CLOTHING FOR OUTERWEAR-NAMELY, FROCKS, DRESSES,
COATS, COSTUMES, SUITS, SKIRTS, BLOUSES, VESTS AND PANT-SUITS; VESTS, HATS
AND TIES; AND LADIES' SHOES
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Foreign Registration Number:** 464837
**Foreign Registration Date:** 1957-05-10
**Country:** France

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2003-03-09 - Second renewal 10 year

2003-03-09 - Section 8 (10-year) accepted/ Section 9 granted

2002-12-16 - Combined Section 8 (10-year)/Section 9 filed

Latest Status Info

2002-12-16 - PAPER RECEIVED

1993-03-31 - First renewal 10 year

1993-01-15 - Section 9 filed/check record for Section 8

1981-11-24 - Section 7 correction issued

1979-04-23 - Section 8 (6-year) accepted & Section 15 acknowledged

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LAWRENCE E. APOLZON

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN AND ZISSU P.C.MAN
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017-6754

**Domestic Representative**
FROSS ZELNICK LEHRMAN AND ZISSU P.C.

---

Int. Cl.: 3

Prior U.S. Cl.: 51

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 1,020,289

Registered Sep. 16, 1975

Renewal Term Begins Sep. 16, 1995

## TRADEMARK
## PRINCIPAL REGISTER

# Chloé

CHLOE S.A. (FRANCE CORPORATION)
54–56 RUE DU FAUBOURG
SAINT HONORE
75008 PARIS, FRANCE, ASSIGNEE OF
KARL LAGERFELD K.L. PRODUC-
TIONS, S.A. (FRANCE CORPORA-
TION) PARIS, FRANCE

FOR: PERFUME, IN CLASS 3 (U.S. CL.
51).

FIRST USE 4–9–1974; IN COMMERCE
4–9–1974.

SER. NO. 73–021,091, FILED 5–9–1974.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Feb. 27, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:14:06 ET

**Serial Number:** 73021091 <u>Assignment Information</u>

**Registration Number:** 1020289

**Mark**

# Chloé

**(words only):** CHLOE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2005-06-07

**Filing Date:** 1974-05-09

**Transformed into a National Application:** No

**Registration Date:** 1975-09-16

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 830 -Post Registration

**Date In Location:** 2005-06-07

Latest Status Info

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHLOE S.A.

**Address:**
CHLOE S.A.
54-56 RUE DU FAUBOURG SAINT HONORE
75008 PARIS
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
PERFUME
**Basis:** 1(a)
**First Use Date:** 1974-04-09
**First Use in Commerce Date:** 1974-04-09

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2005-06-07 - Second renewal 10 year

2005-06-07 - Section 8 (10-year) accepted/ Section 9 granted

2005-06-07 - Assigned To Paralegal

2005-04-14 - Combined Section 8 (10-year)/Section 9 filed

2005-04-14 - PAPER RECEIVED