Latest Status Info

1996-01-16 - First renewal 10 year

1995-11-20 - Section 9 filed/check record for Section 8

1987-07-24 - Miscellaneous paper filed

1981-11-18 - Section 8 (6-year) accepted & Section 15 acknowledged

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LAWRENCE E. APOLZON

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN & ZISSU
866 UNITED NATIONS PLZ
NEW YORK, NY 10017-1822

**Domestic Representative**
FROSS ZELNICK LEHRMAN & ZISSU

---

Int. Cl.: 3

Prior U.S. Cl.: 51, 52

**United States Patent and Trademark Office**  Reg. No. 1,103,275
Registered Oct. 3, 1978

## TRADEMARK
### Principal Register

# Chloé

Karl Lagerfeld K.L. Productions, S.A. (French corporation)
71 Franklin Roosevelt
Paris, France

For: SCENTED SOAPS, SCENTED BODY POWDERS, BODY LOTIONS AND BODY CLEANSING GELS, in CLASS 3 (U.S. CLS. 51 and 52).
First use Mar. 22, 1977; in commerce Mar. 22, 1977.
Owner of Reg. No. 1,020,289.

Ser. No. 151,282, filed Dec. 6, 1977.

M. MERCHANT, Examiner

Latest Status Info

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-03-13 12:14:56 ET

**Serial Number:** 73151282 Assignment Information

**Registration Number:** 1103275

**Mark**

# Chloé

**(words only):** CHLOE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 1999-01-13

**Filing Date:** 1977-12-06

**Transformed into a National Application:** No

**Registration Date:** 1978-10-03

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 1999-03-02

Latest Status Info

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHLOE S.A.

**Address:**
CHLOE S.A.
54-56 RUE DU FAUBOURG SAINT HONORE
75008 PARIS
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
SCENTED BODY POWDERS, BODY LOTIONS AND BODY CLEANSING GELS
**Basis:** 1(a)
**First Use Date:** 1977-03-22
**First Use in Commerce Date:** 1977-03-22

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1020289

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

1999-01-13 - First renewal 10 year

1998-10-05 - Section 9 filed/check record for Section 8

1987-07-24 - Miscellaneous paper filed

1984-03-12 - Section 8 (6-year) accepted & Section 15 acknowledged

Latest Status Info

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LAWRENCE E APOLZON

**Correspondent**
LAWRENCE E APOLZON
FROSS ZELNICK LEHRMAN & ZISSU PC
633 3RD AVE
NEW YORK NY 10017-6754

Int. Cls.: 14, 18, 24 and 25

Prior U.S. Cls.: 3, 28, 39 and 42

**United States Patent and Trademark Office**

Reg. No. 1,182,862
Registered Dec. 22, 1981

**TRADEMARK**
Principal Register

# Chloé

Chloe, Societe Anonyme (France corporation)
71 Avenue Franklin Roosevelt
Paris, France 8

For: JEWELRY—NAMELY, DRESS JEWELRY, in CLASS 14 (U.S. Cl. 28).
First use Dec. 31, 1974; in commerce Dec. 31, 1974.

For: LEATHER GOODS—NAMELY, HANDBAGS, SUITCASES AND LUGGAGE, in CLASS 18 (U.S. Cl. 3).
First use Sep. 30, 1973; in commerce Sep. 30, 1973.

For: FABRICS—NAMELY, DRAPERY AND UPHOLSTERY FABRIC AND LINING FOR HANDBAGS, in CLASS 24 (U.S. Cl. 42).
First use Jun. 30, 1977; in commerce Jun. 30, 1977.

For: CLOTHING—NAMELY, BELTS, SCARVES, FROCKS, DRESSES, COATS, COSTUMES, SUITS, SKIRTS, BLOUSES, VESTS AND PANTSUITS, HATS AND TIES AND LADIES SHOES, FUR COATS, JACKETS, STOLES, HATS, MUFFS, CAPES, FUR-LINED RAINCOATS AND SAID GARMENTS MADE OF SKIN, LINGERIE, in CLASS 25 (U.S. Cl. 39).
First use Sep. 30, 1970; in commerce Sep. 30, 1970.
Owner of U.S. Reg. Nos. 950,843 and 1,143,167.

Ser. No. 242,506, filed Dec. 11, 1979.

PAUL F. GAST, Primary Examiner

TERESA M. RUPP, Examiner

Latest Status Info

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-03-13 12:15:41 ET

Serial Number: 73242506 Assignment Information

Registration Number: 1182862

Mark

# Chloé

(words only): CHLOE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2002-02-08

**Filing Date:** 1979-12-11

**Transformed into a National Application:** No

**Registration Date:** 1981-12-22

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2002-02-12

Latest Status Info

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe, Societe Anonyme

**Address:**
Chloe, Societe Anonyme
54-56 RUE DU FAUBOURG SAINT-HONORE
75008 Paris
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active
Jewelry-Namely, Dress Jewelry
**Basis:** 1(a)
**First Use Date:** 1974-12-31
**First Use in Commerce Date:** 1974-12-31

**International Class:** 018
**Class Status:** Section 8 - Cancelled
Leather Goods-Namely, Handbags, Suitcases and Luggage
**Basis:** 1(a)
**First Use Date:** 1973-09-30
**First Use in Commerce Date:** 1973-09-30

**International Class:** 024
**Class Status:** Section 8 - Cancelled
**Basis:** 1(a)
**First Use Date:** 1977-06-30
**First Use in Commerce Date:** 1977-06-30

**International Class:** 025
**Class Status:** Active
Clothing-Namely, Belts, Scarves, Frocks, Dresses, Coats, Costumes, Suits, Skirts, Blouses, Vests and Pantsuits, Hats and Ties and Ladies Shoes, Fur Coats, Jackets, Stoles, Hats, Muffs, Capes, Fur-Lined Raincoats and Said Garments Made of Skin, Lingerie
**Basis:** 1(a)
**First Use Date:** 1970-09-30
**First Use in Commerce Date:** 1970-09-30

Latest Status Info

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1143167
9508430

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2002-02-08 - First renewal 10 year

2002-02-08 - Section 9 granted/check record for Section 8

2002-02-08 - Partial Section 8 ( 10-Year) accepted/checked record for section

2001-12-04 - Combined Section 8 (10-year)/Section 9 filed

1988-04-11 - Partial Section 8 (6-year) accepted & Section 15 acknowledged

1987-10-02 - Section 8 (6-year) and Section 15 Filed

1981-12-22 - Registered - Principal Register

1981-09-29 - Published for opposition

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LAWRENCE E. APOLZON

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN & ZISSU PC
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017

**Domestic Representative**
FROSS ZELNICK LEHRMAN & ZISSU PC

Latest Status Info

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-03-13 12:20:06 ET

Serial Number: 78761371 Assignment Information

Registration Number: (NOT AVAILABLE)

Mark



(words only): CHLOÉ

Standard Character claim: No

Current Status: Opposition period completed, a Notice of Allowance has been issued.

Date of Status: 2007-01-23

Filing Date: 2005-11-28

The Notice of Allowance Date is: 2007-01-23

Transformed into a National Application: No

Registration Date: (DATE NOT AVAILABLE)

Register: Principal

Law Office Assigned: LAW OFFICE 110

Attorney Assigned:
MIZELLE HOWARD DEZMONA JULYE Employee Location

Current Location: 700 -Intent To Use Section

Date In Location: 2007-02-20

Latest Status Info

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe Societe Anonyme

**Address:**
Chloe Societe Anonyme
54-56 Rue du Faubourg Saint Honore
75008 Paris
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
Goods made of leather and imitations of leather, namely, handbags, purses, traveling cases, traveling bags, luggage, backpacks, toiletry cases sold empty, credit card cases and holders, key cases, coin purses, parasols and umbrellas
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1491810
2641982

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-02-15 - TEAS Statement of Use Received

2007-01-23 - Notice of allowance - mailed

Latest Status Info

2006-10-31 - Published for opposition

2006-10-11 - Notice of publication

2006-09-18 - Law Office Publication Review Completed

2006-09-15 - Assigned To LIE

2006-08-31 - Approved for Pub - Principal Register (Initial exam)

2006-08-07 - Amendment From Applicant Entered

2006-07-20 - Communication received from applicant

2006-07-20 - PAPER RECEIVED

2006-05-24 - Non-final action mailed

2006-05-23 - Non-Final Action Written

2006-05-17 - Assigned To Examiner

2005-12-01 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lawrence E. Apolzon

**Correspondent**
LAWRENCE E. APOLZON; FROSS ZELNICK LEHRM
866 UNITED NATIONS PLAZA
NEW YORK; NY - NEW YORK
10017
XPX - NOT PROVIDED
Phone Number: 212-813-5900
Fax Number: 212-813-5901

**Domestic Representative**
Fross Zelnick Lehrman & Zissu, P.C.
Phone Number: 212-813-5900
Fax Number: 212-813-5901

Latest Status Info

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-03-13 12:21:06 ET

Serial Number: 78863562 Assignment Information

Registration Number: (NOT AVAILABLE)

Mark

# PADDINGTON

(words only): PADDINGTON

**Standard Character claim:** Yes

**Current Status:** A non-final action has been mailed. This is a letter from the examining attorney requesting additional information and/or making an initial refusal. However, no final determination as to the registrability of the mark has been made.

**Date of Status:** 2006-09-28

**Filing Date:** 2006-04-18

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

**Attorney Assigned:**
KEARNEY COLLEEN Employee Location

**Current Location:** M4X -TMO Law Office 113 - Examining Attorney Assigned

**Date In Location:** 2006-09-27

Latest Status Info

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe Societe Anonyme

**Address:**
Chloe Societe Anonyme
5/7 Av. Percier
75008 Paris
France
**Legal Entity Type:** SOCIETE ANONYME
**State or Country Where Organized:** France

---

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
handbags, purses, wallets
**Basis:** 44(d)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

**Foreign Application Number:** 50068537
**Country:** Erpn Cmnty TM Ofc
**Foreign Filing Date:** 2006-04-07

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2006-09-28 - Non-final action mailed

2006-09-27 - Non-Final Action Written

2006-09-23 - Assigned To Examiner

Latest Status Info

2006-04-24 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lawrence E. Apolzon

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLZ
NEW YORK, NY 10017-1822
Phone Number: 212-813-5900
Fax Number: 212-813-5901

**Domestic Representative**
Fross Zelnick Lehrman & Zissu, P.C.
Phone Number: 212-813-5900
Fax Number: 212-813-5901

Latest Status Info

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-03-13 12:22:29 ET

Serial Number: 78863566 Assignment Information

Registration Number: (NOT AVAILABLE)

Mark

# SILVERADO

(words only): SILVERADO

**Standard Character claim:** Yes

**Current Status:** A non-final action has been mailed. This is a letter from the examining attorney requesting additional information and/or making an initial refusal. However, no final determination as to the registrability of the mark has been made.

**Date of Status:** 2006-09-25

**Filing Date:** 2006-04-18

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

**Attorney Assigned:**
KEARNEY COLLEEN Employee Location

**Current Location:** M4X -TMO Law Office 113 - Examining Attorney Assigned

**Date In Location:** 2006-09-23

Latest Status Info

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe Societe Anonyme

**Address:**
Chloe Societe Anonyme
5/7 Av. Percier
75008 Paris
France
**Legal Entity Type:** SOCIETE ANONYME
**State or Country Where Organized:** France

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
handbags, purses, wallets
**Basis:** 44(d)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Foreign Application Number:** 50073077
**Country:** Erpn Cmnty TM Ofc
**Foreign Filing Date:** 2006-04-07

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-09-25 - Non-final action mailed

2006-09-23 - Non-Final Action Written

2006-09-23 - Assigned To Examiner

Latest Status Info

2006-04-24 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lawrence E. Apolzon

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLZ
NEW YORK, NY 10017-1822
Phone Number: 212-813-5900
Fax Number: 212-813-5901

**Domestic Representative**
Fross Zelnick Lehrman & Zissu, P.C.
Phone Number: 212-813-5900
Fax Number: 212-813-5901