Robert Weigel (RW 0163)
Howard S. Hogan (HH 7995)
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue
New York, New York 10166
(212) 351-4000

*Attorneys for Plaintiffs Gucci America, Inc.*
*and Chloé SAS*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

GUCCI AMERICA, INC. and CHLOÉ SAS,

        Plaintiffs,

  -against-

HGL ENTERPRISES;
EZDESIGNERREPLICAS.COM;
DESIGNERREPLICAS.HIGHPOWERSITES.COM;
HENRY LEIZGOLD a/k/a ENRIQUE GOSMAN
LEIZGOLD; HERLINDA LEIZGOLD a/k/a LINDA
LEIZGOLD a/k/a HERLINDA PASAPERA; ABC
COMPANIES; and JOHN DOES,

        Defendants.

----------------------------------------------------------------x

07 CV 5569

**Judge Berman**

JUN 1 1 2007

07 Civ. _5569_

## DISCLOSURE STATEMENT UNDER FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorneys

of record for Plaintiffs, private non-governmental corporate parties, certify that:

1. PPR Group is the ultimate parent of Gucci America, Inc.; and

2. Compagnie Financiére Richemont S.A.. ("CFR") is the ultimate corporate parent of

Chloé SAS.

DATED:     New York, New York          GIBSON, DUNN & CRUTCHER LLP
           June 11, 2007

By:

Robert Weigel (RW 0163)
Howard S. Hogan (HH 7995)
200 Park Avenue
New York, New York 10166
(212) 351-4000

*Attorneys for Plaintiffs Gucci America, Inc.
and Chloé SAS*

2