# RLI INSURANCE COMPANY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**GUCCI AMERICA, INC. and CHLOE SAS,**

        Plaintiffs,

  -against-

**HGL ENTERPRISES;
EZDESIGNERREPLICAS.COM;
DESIGNERREPLICAS.HIGHPOWERSITES.COM;
HENRY LEIZGOLD a/k/a ENRIQUE GOSMAN
LEIZGOLD; HERLINDA LEIZGOLD a/k/a LINDA LEIZGOLD
a/k/a HERLINA PASAPERA;
ABC COMPANIES; and JOHN DOES,**

        Defendants.

---

BOND NO. RSB 733581

07 Civ. 5569 (RMB)

TEMPORARY
RESTRAINING ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/07

    WHEREAS, the above named Plaintiffs, GUCCI AMERICA, INC. and CHLOE SAS, have applied for a TEMPORARY RESTRAINING ORDER in the above entitled action, restraining the Defendants, HGL ENTERPRISES; EZDESIGNERREPLICAS.COM; DESIGNERREPLICAS.HIGHPOWERSITES.COM; HENRY LEIZGOLD a/k/a ENRIQUE GOSMAN LEIZGOLD; HERLINDA LEIZGOLD a/k/a LINDA LEIZGOLD a/k/a HERLINA PASAPERA; ABC COMPANIES; and JOHN DOES, from doing things as more fully set forth in the order granted by the Hon. Berman on June 12, 2007 under and by virtue of the Federal Rules of Civil Procedure upon the posting of said undertaking in the sum of ONE HUNDRED THOUSAND AND 00/100 ($100,000.00) DOLLARS.

    Now, therefore, **RLI INSURANCE COMPANY**, duly licensed to transact business in the State of New York, having an office and principal place of business for the State of New York at 3 Franklin Square, Suite 5, Saratoga Springs, NY 12866, as Surety, does hereby undertake that the Plaintiffs, will pay to the Defendants, HGL ENTERPRISES; EZDESIGNERREPLICAS.COM; DESIGNERREPLICAS.HIGHPOWERSITES.COM; HENRY LEIZGOLD a/k/a ENRIQUE GOSMAN LEIZGOLD; HERLINDA LEIZGOLD a/k/a LINDA LEIZGOLD a/k/a HERLINA PASAPERA; ABC COMPANIES; and JOHN DOES, so enjoined, such damages and costs not exceeding the sum of ONE HUNDRED THOUSAND AND 00/100 ($100,000.00) DOLLARS as they may sustain by reason of the Temporary Restraining Order, if the Court shall finally decide that the Plaintiffs were not entitled thereto; such damages and costs to be ascertained by a reference, or otherwise as the Court shall direct.

Dated: June 12, 2007
      New York, New York

6/14/07
APPROVED AS TO FORM
J. Michael McMahon
Clerk

By _____
Dep. Clerk

RLI INSURANCE COMPANY

_Carolyn Offenhartz_
CAROLYN OFFENHARTZ
Attorney-In-Fact



RLI Surety
9025 N. Lindbergh Dr. Peoria, IL 61615
Phone: (800)645-2402 | Fax: (309)683-1610

# POWER OF ATTORNEY
## RLI Insurance Company

### Know All Men by These Presents:

That this Power of Attorney is not valid or in effect unless attached to the bond which it authorizes executed, but may be detached by the approving officer if desired.

That **RLI Insurance Company**, an Illinois corporation, does hereby make, constitute and appoint:
Carolyn Offenhartz, William J. Pedersen, jointly or severally,

in the City of _____New York_____, State of _____New York_____ its true and lawful Agent and Attorney in Fact, with full power and authority hereby conferred, to sign, execute, acknowledge and deliver for and on its behalf as Surety, the following described bond.

**Any and all bonds provided the bond penalty does not exceed Ten Million Dollars ($10,000,000).**

The acknowledgment and execution of such bond by the said Attorney in Fact shall be as binding upon this Company as if such bond had been executed and acknowledged by the regularly elected officers of this Company.

All authority hereby conferred shall expire and terminate, without notice, unless used before midnight of _____June 12, 2009_____, but until such time shall be irrevocable and in full force and effect.

The **RLI Insurance Company** further certifies that the following is a true and exact copy of the Resolution adopted by the Board of Directors of **RLI Insurance Company**, and now in force to-wit:

"All bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, any Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys in Fact or Agents who shall have authority to issue bonds, policies or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile."

IN WITNESS WHEREOF, the **RLI Insurance Company** has caused these presents to be executed by its _____Vice President_____ with its corporate seal affixed this ___12th___ day of ___June___, ___2007___.

**RLI Insurance Company**

By: _____ Vice President
Roy C. Die

State of Illinois } SS
County of Peoria

On this ___12th___ day of ___June___, ___2007___, before me, a Notary Public, personally appeared ___Roy C. Die___, who being by me duly sworn, acknowledged that he signed the above Power of Attorney as the aforesaid officer of the RLI Insurance Company and acknowledged said instrument to be the voluntary act and deed of said corporation.

By: _____ Notary Public
Cherie L. Montgomery

"OFFICIAL SEAL"
CHERIE L. MONTGOMERY
COMMISSION EXPIRES 02/02/09

### CERTIFICATE

I, the undersigned officer of RLI Insurance Company, a stock corporation of the State of Illinois, do hereby certify that the attached Power of Attorney is in full force and effect and is irrevocable; and furthermore, that the Resolution of the Company as set forth in the Power of Attorney, is now in force. In testimony whereof, I have hereunto set my hand and the seal of the RLI Insurance Company this 12th day of Jun, 2007.

**RLI Insurance Company**

By: _____ Vice President
Roy C. Die

3144075020208

A0058207



**RLI Surety**
*A Division of RLI Insurance Company*
P.O. Box 3967  Peoria, IL 61612-3967
Phone: 309-692-1000  Fax: 309-692-8637

# RLI Insurance Company
December 31, 2006

| Admitted Assets | |
|---|---:|
| **Investments:** | |
| Fixed maturities | $ 570,395,254 |
| Equity securities | 655,680,604 |
| Short-term investments | 30,302,492 |
| Real estate | 6,063,219 |
| Cash on hand and on deposit | -3,369,399 |
| Other invested assets | 9,500,000 |
| Agents' balances | 50,176,886 |
| Investment income due and accrued | 8,006,485 |
| Funds held | 4,000 |
| Reinsurance recoverable on paid losses | 33,787,293 |
| Federal income taxes receivable | 0 |
| Electronic data processing equipment, net of depreciation | 1,067,717 |
| Receivable from affiliates | 0 |
| Other admitted assets | 4,713,544 |
| **Total Admitted Assets** | **$ 1,366,310,095** |

| Liabilities and Surplus | |
|---|---:|
| **Liabilities:** | |
| Reserve for unpaid losses and loss adjustment expenses | $ 369,274,163 |
| Unearned premiums | 130,212,740 |
| Accrued expenses | 49,746,632 |
| Funds held | 918,936 |
| Advance premiums | 3,500,752 |
| Amounts withheld | 13,485,228 |
| Ceded reinsurance premium payable | 30,663,761 |
| Payable for securities | 1,062,820 |
| Statutory penalties | 3,847,000 |
| Federal income tax payable | 23,911,534 |
| Borrowed money and accrued interest | 0 |
| Drafts outstanding | 0 |
| Payable to affiliate | 1,024,009 |
| Other liabilities | 1,516,905 |
| **Total Liabilities** | **$ 619,404,680** |
| **Surplus:** | |
| Common stock | $ 10,000,375 |
| Additional paid-in capital | 242,451,084 |
| Unassigned surplus | 494,453,956 |
| **Total Surplus** | **$ 746,905,415** |
| **Total Liabilities and Surplus** | **$ 1,366,310,095** |

State of Illinois }
County of Peoria }

The undersigned, being duly sworn, says: That he is the President of RLI Insurance Company; that said Company is a corporation duly organized in the State of Illinois, and licensed and engaged in business in the State of _____New York_____ and has duly complied with all the requirements of the laws of said State applicable of said Company and is duly qualified to act as Surety under such laws; that said Company has also complied with and is duly qualified to act as Surety under the Act of Congress approved July 1947, 6 U.S.C sec. 6-13; and that to the best of his knowledge and belief the above statement is a full, true, and correct statement of the financial condition of the said Company on the 31st day of December 2006.

Attest:

{ Corporate Seal Affixed }

Michael J. Stone, President

Cynthia S. Dohm, Assistant Secretary

Sworn to before me this 23rd day of February 2007.



{ Notarial Seal Affixed }

Cherie L. Montgomery, Notary Public, State of Illinois