AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

GUCCI AMERICA, INC. and CHLOE SAS,

V.

HGL ENTERPRISES, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 5569**

**Judge Berman**

TO: (Name and address of Defendant)

HERLINDA LEIZGOLD a/k/a LINDA LEIZGOLD
a/k/a HERLINDA PASAPERA
10051 Westpark Drive,
#240 and/or #273
Houston, TX 77042

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert L. Weigel, Esq.
GIBSON, DUNN and CRUTCHER LLP
200 Park Avenue, 48th Floor
New York, New York 10166

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  JUN 1 1 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6-13-2007 |
| NAME OF SERVER (PRINT) Roy Eason | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: **10051 Westpark, #273 Houston, Texas 77042**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-13-2007
            Date

Signature of Server

ESQUIRE DEPOSITION SERVICES
3401 LOUISIANA, STE. 300
HOUSTON, TX 77002-9547

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.