**MEMO ENDORSED**

# LAW OFFICES
# Bruce D. Katz & Associates
### Attorneys and Counselors at Law
The Transportation Building
225 Broadway, 37th Floor
New York, New York, 10007
(212) 233-3434
(212) 208-3060 Fax

June 19, 2007

**BY FAX (212) 805-6717**
Hon. Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street, Room 650
New York, NY 10007

Re: Gucci America, Inc. et al. v. HGL Enterprises et al.
Civil Action No. 07-CV-5569(RMB)

Dear Judge Berman:

> Application granted but Court is not available until 7/2/07 @ 3:30 because of trial calendar. Counsel should confirm if this is acceptable ASAP.
>
> **SO ORDERED:**
> Date: 6/19/07    Richard M. Berman
> Richard M. Berman, U.S.D.J.

    I am counsel for defendants in the above-captioned action and I am writing on behalf of all parties to request a one-week adjournment (until June 27, 2007) of today's conference, currently scheduled for 2:00 p.m. this afternoon, and to further seek a one-week extension of the Temporary Restraining Order set to expire today.

    The parties have agreed to enter into a preliminary injunction by stipulation, and I am in the process of obtaining my clients' authority to execute the injunction. However, defendant Henry Leizgold, the principal of the corporate defendants, passed away this past Saturday. Thus, I have been unable to counsel his wife, defendant Linda Leizgold, as to the proposed preliminary injunction. I cannot execute the stipulated injunction on her behalf until such time as I have been able to advise her.

    Accordingly, the parties respectfully request that today's conference be rescheduled for June 27, 2007 and that the Temporary Restraining Order dated June 12, 2007 be extended until that date with the exception that purchases of food by the individual defendant Linda Leizgold shall not constitute a violation of the Order.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/07
```

Respectfully submitted,

Bruce D. Katz

cc: Robert Weigel, Esq.; Howard S. Hogan, Esq. (by email)



RECEIVED JUN 19 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J