# GIBSON, DUNN & CRUTCHER LLP
## LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

1050 Connecticut Avenue, N.W. Washington, D.C. 20036-5306
(202) 955-8500
www.gibsondunn.com

HHogan@gibsondunn.com

**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/07

June 29, 2007

Direct Dial
(202) 887-3640
Fax No.
(202) 530-9550

*Adjourned to 7/16/07 @ 10:15*

*Work on*

Client No.
T 35409-00024

*Settlement.*

VIA FACSIMILE (212-805-6717)

Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**SO ORDERED:**
Date: 6/29/07
Richard M. Berman, U.S.D.J.

Re:   *Gucci America, Inc. et ano v. HGL Enterprises, et al.,*
      07 Civ. 5569 (R.M.B.) (S.D.N.Y.)

Dear Judge Berman:

This firm represents plaintiffs Gucci America, Inc. and Chloé SAS in the above-captioned matter. I write on behalf of all parties to confirm the substance of the telephone conversation that I had earlier today with Your Honor's law clerk and Bruce Katz, counsel for defendants HGL Enterprises, EZDesignerReplicas.com, DesignerReplicas.HighPowerSites.com, Henry Leizgold, and Herlinda Leizgold.

The parties have agreed in principle on the terms of a preliminary injunction on consent, which would at least partially moot the need for the conference scheduled before Your Honor this Monday, July 2, 2007 at 3:30 p.m. Unfortunately, we do not expect to have a signed stipulation completed until over the weekend. In the event that the parties are not able to reach agreement on a formal stipulated preliminary injunction by then, we respectfully request that the Court allow counsel for the parties to appear for the scheduled conference by telephone.

We make this application in an effort to minimize the burden on the Court and on the parties. If the Court prefers, however, I am perfectly prepared to travel from Washington, D.C. to New York to attend the hearing in person. It is our expectation that we will be in a position to recommend a reasonable plan for proceeding with the remainder of this litigation by the time of the conference on Monday.

LOS ANGELES   NEW YORK   WASHINGTON, D.C.   SAN FRANCISCO   PALO ALTO
LONDON   PARIS   MUNICH   BRUSSELS   ORANGE COUNTY   CENTURY CITY   DALLAS   DENVER

06/29/07   FRI 15:28   [TX/RX NO 7389]

**GIBSON, DUNN & CRUTCHER LLP**

Hon. Hon. Richard M. Berman
June 29, 2007
Page 2

Please let me know if there is anything else we can do to assist the Court in this matter.

Respectfully submitted,

Howard S. Hogan

cc:  Bruce Katz
     *Counsel for Defendants*