# GIBSON, DUNN & CRUTCHER LLP

### LAWYERS

A REGISTERED LIMITED LIABILITY PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

1050 Connecticut Avenue, N.W.  Washington, D.C. 20036-5306
(202) 955-8500
www.gibsondunn.com

HHogan@gibsondunn.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 2, 2007

**MEMO ENDORSED**

July 2, 2007

*Application Granted on consent. Terms of TRO extended through + including 7/16/07.*

Direct Dial
(202) 887-3640
Fax No.
(202) 530-9550

Client No.
T 35409-00024

VIA FACSIMILE (212-805-6717)

**SO ORDERED:**
Date: 7/2/07

*Richard M. Berman*
**Richard M. Berman, U.S.D.J.**

Hon. Richard M. Berman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:  *Gucci America, Inc. et ano v. HGL Enterprises, et al.,*
     *07 Civ. 5569 (R.M.B.) (S.D.N.Y.)*

Dear Judge Berman:

This firm represents plaintiffs Gucci America, Inc. and Chloé SAS.  We have received the Court's June 29, 2007 memorandum endorsement order and thank the Court for accommodating the parties.

We write respectfully to request that the Court also extend the terms of the June 12, 2007 temporary restraining order, as modified and extended by the Court's June 19, 2007 memorandum endorsement order, through the conference set for July 16, 2007, unless the Court first enters a preliminary injunction on consent.  The parties expect to be able to submit a proposed preliminary injunction on consent for the Court's consideration within a matter of days.

I have conferred with counsel for defendants HGL Enterprises, EZDesignerReplicas.com, DesignerReplicas.HighPowerSites.com, Henry Leizgold, and Herlinda Leizgold, and defendants have no objection to this application.

Respectfully submitted,

*Howard S. Hogan*
Howard S. Hogan

RECEIVED
JUL - 2 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

LOS ANGELES   NEW YORK   WASHINGTON, D.C.   SAN FRANCISCO   PALO ALTO
LONDON   PARIS   MUNICH   BRUSSELS   ORANGE COUNTY   CENTURY CITY   DALLAS   DENVER

07/02/07   MON 14:21   [TX/RX NO 7403]

# GIBSON, DUNN & CRUTCHER LLP

Hon. Hon. Richard M. Berman
July 2, 2007
Page 2

cc:     Bruce Katz
        *Counsel for Defendants*