Robert Weigel (RW 0163)
Howard S. Hogan (HH 7995)
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue
New York, New York 10166
(212) 351-4000

*Attorneys for Plaintiffs Gucci America, Inc.
and Chloé SAS*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GUCCI AMERICA, INC. and CHLOÉ SAS,

    Plaintiffs,

-against-

HGL ENTERPRISES;
EZDESIGNERREPLICAS.COM;
DESIGNERREPLICAS.HIGHPOWERSITES.
COM; HENRY LEIZGOLD a/k/a ENRIQUE
GOSMAN LEIZGOLD; HERLINDA LEIZGOLD
a/k/a LINDA LEIZGOLD a/k/a HERLINDA
PASAPERA; ABC COMPANIES; and JOHN
DOES,

    Defendants.

------------------------------------------------------------X

07 Civ. 5569

**DECLARATION OF
HOWARD S. HOGAN**

Howard S. Hogan hereby declares as follows:

1. I am a member of the bar of this Court and an associate of the law firm of Gibson, Dunn & Crutcher LLP, counsel to Gucci America, Inc. and Chloé SAS ("Chloé") (collectively, Plaintiffs). I submit this declaration in support of Plaintiffs' application for a temporary restraining order and preliminary injunction.

2. Attached as Exhibit 1 is a true and correct copy of remarks of President George W. Bush upon signing the Stop Counterfeiting in Manufactured Goods Act, as posted on the White

House website, <http://www.whitehouse.gov/news/releases/2006/03/print/20060316-7.html>, as of April 12, 2007.

 3. Attached as Exhibit 2 is a copy of the Temporary Restraining Order and Order to Show Cause in <u>Gucci America, Inc. v. MyReplicaHandbag.com</u>, 07 Civ. 2438 (JGK) (S.D.N.Y. Mar. 27, 2007).

 4. No previous application has been made for the relief sought herein.

I hereby declare, under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
   June 11, 2007

          _____
          Howard S. Hogan