14. For comparison, below is an image of a Counterfeit Product that was offered to the public for sale through the EZDesignerReplicas.com and DesigerReplicas.HighPowerSites.com websites. The handbag displayed below has straps and ornamentation that are designed to appear like the straps and ornamentation on the authentic product. The overall effect of the design of this Counterfeit is to create confusion amongst consumers and to denigrate the value of the Gucci brand through the wide-scale distribution of fraudulent and inferior products. As is clear, Defendants' products bear the Gucci federally registered trademark name, non-interlocking "GG" monogram, repeating "GG" design, and green-red-green stripe, in violation of federal and state and criminal and civil statutes.



15. Further, shown below is an image of an authentic Gucci "Chain Large Hobo" handbag. The packaging and labels for the product displayed below bear Gucci's federally registered trademark GUCCI name. See Ex. 1 (U.S. Reg. Nos. 876,292; 959,338; 972,078; 1,168,477; 1,321,864).

5



16. Below is an image of a Counterfeit Product offered by Defendants for sale to the public through the EZDesignerReplicas.com and DesignerReplicas.HighPowerSites.com websites. In addition to bearing the Gucci trademark, the handbag displayed below copies the trade-dress and design elements of a Gucci bag, further contributing the confusion in the marketplace that is created by this product.

