# Exhibit 1

Int. Cls.: 16, 18, 21 and 25

Prior U.S. Cls.: 2, 3, 37, 39 and 41

United States Patent and Trademark Office

Renewal

Reg. No. 876,292
Registered Sep. 9, 1969
OG Date Aug. 29, 1989

## TRADEMARK
## PRINCIPAL REGISTER

## GUCCI

GUCCI AMERICA, INC. (NEW YORK CORPORATION)
685 FIFTH STREET
NEW YORK, NY 10022, BY CHANGE OF NAME FROM GUCCI SHOPS INC. (NEW YORK CORPORATION) NEW YORK, NY

FOR: VACUUM BOTTLES, COMPACTS SOLD EMPTY AND VANITY CASES SOLD EMPTY, IN CLASS 2 (INT. CL. 21).

FIRST USE 12-20-1953; IN COMMERCE 12-20-1953.

FOR: POCKETBOOKS, WALLETS, TRAVEL AND DUFFEL BAGS, ATTACHE CASES, TOILET CASES SOLD EMPTY AND SHOE BAGS, IN CLASS 3 (INT. CL. 18).

FIRST USE 12-20-1953; IN COMMERCE 12-20-1953.

FOR: DESK SETS INCLUDING BLOTTERS, DESK PADS, LETTER OPENERS, PENCIL HOLDERS, AND A LEATHER TRAY , IN CLASS 37 (INT. CL. 16).

FIRST USE 12-20-1953; IN COMMERCE 12-20-1953.

FOR: SHOES AND BOOTS, IN CLASS 39 (INT. CL. 25).

FIRST USE 12-20-1953; IN COMMERCE 12-20-1953.

FOR: UMBRELLAS, IN CLASS 41 (INT. CL. 18).

FIRST USE 12-20-1953; IN COMMERCE 12-20-1953.

SER. NO. 300,192, FILED 6-11-1968.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 29, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:47:51 ET

**Serial Number:** 72300192 <u>Assignment Information</u>

**Registration Number:** 876292

**Mark (words only):** GUCCI

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 1989-07-17

**Filing Date:** 1968-06-11

**Transformed into a National Application:** No

**Registration Date:** 1969-09-09

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-01-23

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
685 FIFTH STREET
NEW YORK, NY 10022
United States
**Legal Entity Type:** Corporation

Latest Status Info

**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

---

**U.S. Class:** 002 (International Class 021)
**Class Status:** Active
VACUUM BOTTLES, COMPACTS SOLD EMPTY AND VANITY CASES SOLD EMPTY
**Basis:** 1(a)
**First Use Date:** 1953-12-20
**First Use in Commerce Date:** 1953-12-20

**U.S. Class:** 003 (International Class 018)
**Class Status:** Active
POCKETBOOKS, WALLETS, TRAVEL AND DUFFEL BAGS, ATTACHE CASES, TOILET
CASES SOLD EMPTY AND SHOE BAGS
**Basis:** 1(a)
**First Use Date:** 1953-12-20
**First Use in Commerce Date:** 1953-12-20

**U.S. Class:** 037 (International Class 016)
**Class Status:** Active
DESK SETS INCLUDING BLOTTERS, DESK PADS, LETTER OPENERS, PENCIL HOLDERS,
AND A LEATHER TRAY
**Basis:** 1(a)
**First Use Date:** 1953-12-20
**First Use in Commerce Date:** 1953-12-20

**U.S. Class:** 039 (International Class 025)
**Class Status:** Active
SHOES AND BOOTS
**Basis:** 1(a)
**First Use Date:** 1953-12-20
**First Use in Commerce Date:** 1953-12-20

**U.S. Class:** 041 (International Class 018)
**Class Status:** Active
UMBRELLAS
**Basis:** 1(a)
**First Use Date:** 1953-12-20
**First Use in Commerce Date:** 1953-12-20

---

## ADDITIONAL INFORMATION

---

Latest Status Info

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

1989-09-09 - First renewal

1989-05-19 - Section 9 filed/check record for Section 8

1977-02-28 - Section 15 acknowledged

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

# United States Patent Office

**959,338**
Registered May 22, 1973

## PRINCIPAL REGISTER
### Trademark

Ser. No. 420,356, filed Apr. 4, 1972

## GUCCI

Gucci Shops Inc. (New York corporation)
699 5th Ave.
New York, N.Y.   10022

For: WATCHES, in CLASS 27 (INT. CL. 14).
First use 1957; in commerce 1957.
Owner of Reg. No. 876,292.

R. PEVERADA, Examiner

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:51:40 ET

**Serial Number:** 72420356 <u>Assignment Information</u>

**Registration Number:** 959338

**Mark (words only):** GUCCI

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2004-02-13

**Filing Date:** 1972-04-04

**Transformed into a National Application:** No

**Registration Date:** 1973-05-22

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-04-09

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
685 FIFTH AVENUE
NEW YORK, NY 10022
United States
**Legal Entity Type:** Corporation

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=72420356 (1 of 3)3/13/2007 11:51:55 AM

Latest Status Info

**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

**U.S. Class:** 027 (International Class 014)
**Class Status:** Active
WATCHES
**Basis:** 1(a)
**First Use Date:** 1957-00-00
**First Use in Commerce Date:** 1957-00-00

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
876292

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

2006-05-19 - Review Of Correspondence Complete

2004-02-13 - FAX RECEIVED

2004-02-13 - Second renewal 10 year

2004-02-13 - Section 8 (10-year) accepted/ Section 9 granted

2002-12-05 - Combined Section 8 (10-year)/Section 9 filed

2002-12-03 - PAPER RECEIVED

1993-04-21 - First renewal 10 year

Latest Status Info

1993-02-08 - Section 9 filed/check record for Section 8

1993-02-08 - Section 9 filed/check record for Section 8

1993-02-08 - Section 9 filed/check record for Section 8

1979-02-12 - Section 8 (6-year) accepted & Section 15 acknowledged

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
GEORGE M. BORABABY

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

---

# United States Patent Office

972,078
Registered Oct. 30, 1973

## PRINCIPAL REGISTER
### Service Mark

Ser. No. 421,386, filed Apr. 14, 1972

## GUCCI

Gucci Shops Inc. (New York corporation)
699 5th Ave.
New York, N.Y.  10022

For: RETAIL APPAREL, JEWELRY AND LEATH-
ER GOODS STORE SERVICES, in CLASS 101 (INT.
CL. 42).
First use Dec. 20, 1953; in commerce Dec. 20, 1953.
Owner of Reg. No. 876,292.

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:52:38 ET

**Serial Number:** 72421386 <u>Assignment Information</u>

**Registration Number:** 972078

**Mark (words only):** GUCCI

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2003-03-11

**Filing Date:** 1972-04-14

**Transformed into a National Application:** No

**Registration Date:** 1973-10-30

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at** <u>TrademarkAssistanceCenter@uspto.gov</u>

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-03-13

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
685 FIFTH AVENUE
NEW YORK, NJ 10022
United States
**Legal Entity Type:** Corporation

Latest Status Info

**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

---

**U.S. Class:** 101 (International Class 042)
**Class Status:** Active
RETAIL APPAREL, JEWELRY AND LEATHER GOODS STORE SERVICES
**Basis:** 1(a)
**First Use Date:** 1953-12-20
**First Use in Commerce Date:** 1953-12-20

---

## ADDITIONAL INFORMATION

---

**Prior Registration Number(s):**
876292

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

2003-03-11 - Second renewal 10 year

2003-03-11 - Section 8 (10-year) accepted/ Section 9 granted

2002-12-11 - Combined Section 8 (10-year)/Section 9 filed

2002-12-11 - PAPER RECEIVED

1993-12-08 - First renewal 10 year

1993-10-28 - Section 9 filed/check record for Section 8

1979-11-20 - Section 8 (6-year) accepted & Section 15 acknowledged

Latest Status Info

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
GEORGE M. BORABABY

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

---

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**      Reg. No. 1,168,477
                                                    Registered Sep. 8, 1981

**TRADEMARK**
**Principal Register**

## GUCCI

Gucci Shops, Inc. (New York corporation)
685 5th Ave.
New York, N.Y. 10022

For: NECKTIES; SCARVES; BELTS; FOOT-
WEAR; SHIRTS; SWEATERS; COATS; SUITS;
DRESSING GOWNS; HATS; SOCKS; DRESSES
AND BATHING SUITS, in CLASS 25 (U.S. Cl.
39).

First use Sep. 1920; in commerce Dec. 1953.

Owner of U.S. Reg. Nos. 876,292, 972,078 and
others.

Ser. No. 219,348, filed Jun. 12, 1979.

JEFFERY H. KAUFMAN, Primary Examiner

R. S. BREN, Examiner

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:53:26 ET

**Serial Number:** 73219348 <u>Assignment Information</u>

**Registration Number:** 1168477

**Mark (words only):** GUCCI

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2002-02-01

**Filing Date:** 1979-06-12

**Transformed into a National Application:** No

**Registration Date:** 1981-09-08

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2002-02-05

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
685 FIFTH AVENUE
NEW YORK, NY 10022
United States
**Legal Entity Type:** Corporation

Latest Status Info

**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

---

**International Class:** 025
**Class Status:** Active
Neckties; Scarves; Belts; Footwear; Shirts; Sweaters; Coats; Suits; Dressing Gowns; Hats; Socks;
Dresses and Bathing Suits
**Basis:** 1(a)
**First Use Date:** 1920-09-00
**First Use in Commerce Date:** 1953-12-00

---

## ADDITIONAL INFORMATION

---

**Section 2(f)**

**Prior Registration Number(s):**
8762920
9720780

---

## MADRID PROTOCOL INFORMATION

---

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

---

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

2002-02-01 - First renewal 10 year

2002-02-01 - Section 8 (10-year) accepted/ Section 9 granted

2001-11-27 - Combined Section 8 (10-year)/Section 9 filed

1987-04-09 - Section 8 (6-year) accepted & Section 15 acknowledged

1981-09-08 - Registered - Principal Register

Latest Status Info

1981-06-16 - Published for opposition

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
GEORGE M. BARABABY

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

---

Int. Cl.: 9

Prior U.S. Cl.: 26

## United States Patent and Trademark Office

Reg. No. 1,321,864
Registered Feb. 26, 1985

## TRADEMARK
### Principal Register

## GUCCI

Gucci Shops, Inc. (New York corporation)
685 5th Ave.
New York, N.Y. 10022

For: EYEGLASSES AND PARTS THEREFOR,
in CLASS 9 (U.S. Cl. 26).
First use May 6, 1983; in commerce Sep. 12, 1983.
Owner of U.S. Reg. No. 1,169,019.
Sec. 2(f).

Ser. No. 448,904, filed Oct. 20, 1983.

LAURA ELLEN DAVIS, Examining Attorney

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:54:15 ET

**Serial Number:** 73448904 <u>Assignment Information</u>

**Registration Number:** 1321864

**Mark (words only):** GUCCI

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2004-08-03

**Filing Date:** 1983-10-20

**Transformed into a National Application:** No

**Registration Date:** 1985-02-26

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-08-04

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Gucci America, Inc.

**Address:**
Gucci America, Inc.
685 Fifth Avenue
New York, NY 10022
United States
**Legal Entity Type:** Corporation

Latest Status Info

**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
Eyeglasses and Parts Therefor
**Basis:** 1(a)
**First Use Date:** 1983-05-06
**First Use in Commerce Date:** 1983-09-12

## ADDITIONAL INFORMATION

**Section 2(f)**

**Prior Registration Number(s):**
1169019

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

2004-08-03 - First renewal 10 year

2004-08-03 - Section 8 (10-year) accepted/ Section 9 granted

2004-06-01 - Combined Section 8 (10-year)/Section 9 filed

1991-02-05 - Section 8 (6-year) accepted & Section 15 acknowledged

1990-11-05 - Section 8 (6-year) and Section 15 Filed

1985-02-26 - Registered - Principal Register

Latest Status Info

1984-12-18 - Published for opposition

1984-12-06 - Notice of publication

1984-10-15 - Approved for Pub - Principal Register (Initial exam)

1984-09-24 - Communication received from applicant

1984-09-07 - Non-final action mailed

1984-08-09 - Communication received from applicant

1984-05-10 - Non-final action mailed

1984-03-30 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
GEORGE M. BORABABY

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,106,722
Registered Nov. 21, 1978

## TRADEMARK
### Principal Register



Gucci Shops Inc. (New York corporation)
689 5th Ave.
New York, N.Y.    10022

For: NECKTIES, SCARVES, BELTS, FOOTWEAR, SHIRTS, SWEATERS, COATS, SUITS, DRESSING GOWNS, HATS, SOCKS, DRESSES, AND BATHING SUITS, in CLASS 25 (U.S. CL. 39).

First use March 1966; in commerce March 1966.

Ser. No. 146,455, filed Oct. 28, 1977.

V. T. HARFORD, Jr., Examiner

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server</u>.**

**This page was generated by the TARR system on** 2007-03-13 11:55:04 ET

**Serial Number:** 73146455 <u>Assignment Information</u>

**Registration Number:** 1106722

**Mark**



**(words only):** GG

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 1998-10-21

**Filing Date:** 1977-10-28

**Transformed into a National Application:** No

**Registration Date:** 1978-11-21

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2001-08-24

Latest Status Info

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
689 FIFTH AVENUE
NEW YORK, NY 10022
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES ·

**International Class:** 025
**Class Status:** Active
NECKTIES, SCARVES, BELTS, FOOTWEAR, SHIRTS, SWEATERS, COATS, SUITS, AND
BATHING SUITS
**Basis:** 1(a)
**First Use Date:** 1966-03-00
**First Use in Commerce Date:** 1966-03-00

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

1998-10-21 - First renewal 10 year

1998-08-27 - Section 9 filed/check record for Section 8

Latest Status Info

1985-03-28 - Section 8 (6-year) accepted & Section 15 acknowledged

1984-10-19 - Section 8 (6-year) and Section 15 Filed

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
JOHN CLARKE HOLMAN

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

Int. Cl.: 6

Prior U.S. Cl.: 13

## United States Patent and Trademark Office

Reg. No. 1,112,601
Registered Feb. 6, 1979

### TRADEMARK
**Principal Register**



Gucci Shops Inc. (New York corporation)
689 5th Ave.
New York, N.Y. 10022

For: KEY RINGS, in CLASS 6 (U.S. CL. 13).
First use July 1918; in commerce December 1953.

Ser. No. 133,832, filed July 13, 1977.

M. E. BODSON, Examiner