Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:55:48 ET

**Serial Number:** 73133832 <u>Assignment Information</u>

**Registration Number:** 1112601

**Mark**



**(words only):** GUCCI

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 1999-01-27

**Filing Date:** 1977-07-13

**Transformed into a National Application:** No

**Registration Date:** 1979-02-06

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2001-08-07

Latest Status Info

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
685 FIFTH AVENUE
NEW YORK, NY 10022
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**International Class:** 006
**Class Status:** Active
KEY RINGS
**Basis:** 1(a)
**First Use Date:** 1918-07-00
**First Use in Commerce Date:** 1953-12-00

## ADDITIONAL INFORMATION

**Design Search Code(s):**
**02.01.23** - Armor (men wearing); Knights; Men, knights and other men in armor
**02.09.06** - Carrying items, humans; Humans, including men, women and children, depicted toting items, such as buckets or bags; Toting items, humans
**24.01.02** - Shields or crests with figurative elements contained therein or superimposed thereon
**24.09.07** - Advertising, banners; Banners
**26.05.07** - Triangles with a decorative border, including scalloped, ruffled and zig-zag edges

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

Latest Status Info

2006-08-17 - PAPER RECEIVED

1999-01-27 - First renewal 10 year

1998-10-26 - Section 9 filed/check record for Section 8

1985-03-13 - Section 8 (6-year) accepted & Section 15 acknowledged

1984-10-19 - Section 8 (6-year) and Section 15 Filed

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
GEORGE M BORABABY

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

---

Int. Cl.: 18

Prior U.S. Cl.: 3, 41

## United States Patent and Trademark Office

Reg. No. 1,122,780
Registered July 24, 1979

### TRADEMARK
**Principal Register**



Gucci Shops Inc. (New York corporation)
689 5th Ave.
New York, N.Y.   10022

For: WALLETS, PURSES, HANDBAGS, SHOULDER BAGS, CLUTCH BAGS, TOTE BAGS, CARD CASES, PASSPORT CASES, COSMETIC CASES, ATTACHE CASES, VALISES, SUITCASES, DUFFLES, NECKTIE CASES, UMBRELLAS, SADDLES, BRIDLES, WALKING STICKS, CANES, AND KEY CASES, in CLASS 18 (U.S. CLS. 3 and 41).

First use July 1963; in commerce July 1963.

The mark is made up of a stripe containing three distinct bands of colors, the colors being green, red then green.

Ser. No. 150,482, filed Dec. 1, 1977.

G. E. PENCE, Examiner

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:56:42 ET

**Serial Number:** 73150482 <u>Assignment Information</u>

**Registration Number:** 1122780

**Mark**



**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 1999-09-22

**Filing Date:** 1977-12-01

**Transformed into a National Application:** No

**Registration Date:** 1979-07-24

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2001-08-09

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

Latest Status Info

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
50 HARTZ WAY
SECAUCUS, NJ 07094
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
WALLETS, PURSES, HANDBAGS, SHOULDER BAGS, CLUTCH BAGS, TOTE BAGS, CARD
CASES, ATTACHE CASES, VALISES, SUITCASES, DUFFLES, [ AND KEY CASES
**Basis:** 1(a)
**First Use Date:** 1963-07-00
**First Use in Commerce Date:** 1963-07-00

## ADDITIONAL INFORMATION

**Lining and Stippling:** THE MARK IS MADE UP OF A STRIPE CONTAINING THREE DISTINCT
BANDS OF COLORS, THE COLORS BEING GREEN, RED THEN GREEN.

**Design Search Code(s):**
**26.11.11** - Rectangles divided twice into three sections
**26.11.21** - Rectangles that are completely or partially shaded

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-16 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

Latest Status Info

1999-09-22 - First renewal 10 year

1999-07-19 - Section 9 filed/check record for Section 8

1985-09-13 - Section 8 (6-year) accepted & Section 15 acknowledged

1985-07-01 - Section 8 (6-year) and Section 15 Filed

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,483,526
Registered Apr. 5, 1988

## TRADEMARK
### PRINCIPAL REGISTER



GUCCI AMERICA, INC. (NEW YORK CORPO-
RATION)
685 5TH AVENUE
NEW YORK, NY 10022 , BY CHANGE OF NAME
FROM GUCCI SHOPS, INC. (NEW YORK
CORPORATION) NEW YORK, NY 10022

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).
FIRST USE 9–0–1967; IN COMMERCE
9–0–1967.
OWNER OF U.S. REG. NOS. 1,122,570, 1,159,775
AND OTHERS.

THE MARK IS LINED FOR THE COLORS
RED AND GREEN.

THE MARK IS MADE UP OF A STRIPE CON-
TAINING THREE BANDS OF COLOR, THE
COLORS BEING GREEN, RED THEN GREEN.

SEC. 2(F).

SER. NO. 562,496, FILED 10–10–1985.

CRAIG K. MORRIS, EXAMINING ATTORNEY

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:57:44 ET

**Serial Number:** 73562496 <u>Assignment Information</u>

**Registration Number:** 1483526

**Mark**



**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 1994-06-17

**Filing Date:** 1985-10-10

**Transformed into a National Application:** No

**Registration Date:** 1988-04-05

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 1994-08-01

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

Latest Status Info

---

## 1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
50 HARTZ WAY
SECAUCUS, NJ 07094
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

---

## GOODS AND/OR SERVICES

**International Class:** 025
**Class Status:** Active
FOOTWEAR
**Basis:** 1(a)
**First Use Date:** 1967-09-00
**First Use in Commerce Date:** 1967-09-00

---

## ADDITIONAL INFORMATION

**Description of Mark:** THE MARK IS MADE UP OF A STRIPE CONTAINING THREE BANDS OF COLOR, THE COLORS BEING GREEN, RED THEN GREEN.

**Lining and Stippling:** THE MARK IS LINED FOR THE COLORS RED AND GREEN.

**Section 2(f)**

**Design Search Code(s):**
**26.11.12** - Rectangles with bars, bands and lines
**26.11.21** - Rectangles that are completely or partially shaded

**Prior Registration Number(s):**
1122570
1159775

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

Latest Status Info

# PROSECUTION HISTORY

2007-01-03 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

1994-06-17 - Section 8 (6-year) accepted & Section 15 acknowledged

1994-03-25 - Section 8 (6-year) and Section 15 Filed

1988-04-05 - Registered - Principal Register

1988-01-12 - Published for opposition

1987-12-15 - Notice of publication

1987-12-11 - Notice of publication

1987-10-23 - Approved for Pub - Principal Register (Initial exam)

1987-09-22 - Communication received from applicant

1987-03-26 - Final refusal mailed

1986-11-19 - Communication received from applicant

1986-05-19 - Non-final action mailed

1986-03-25 - Communication received from applicant

1986-01-08 - Non-final action mailed

# ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
JOHN CLARKE HOLMAN

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022-4690
Phone Number: 212-715-1000

Latest Status Info

Fax Number: 212-715-1399

Int. Cls.: 18 and 25

Prior U.S. Cls.: 1, 2, 3, 22, 39 and 41

**United States Patent and Trademark Office**

Reg. No. 2,042,805

Registered Mar. 11, 1997

## TRADEMARK
### PRINCIPAL REGISTER



GUCCI AMERICA, INC. (NEW YORK CORPO-
RATION)
685 FIFTH AVENUE
NEW YORK, NY 10022

FOR: HANDBAGS, IN CLASS 18 (U.S. CLS. 1,
2, 3, 22 AND 41).
FIRST USE 10-0-1994; IN COMMERCE
3-0-1995.
FOR: BELTS, GLOVES, IN CLASS 25 (U.S.
CLS. 22 AND 39).

FIRST USE 10-0-1994; IN COMMERCE
3-0-1995.

OWNER OF U.S. REG. NOS. 1,106,722, 1,920,895
AND OTHERS.

SER. NO. 74-709,786, FILED 8-1-1995.

ANDREW LAWRENCE, EXAMINING ATTOR-
NEY

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 11:59:19 ET

**Serial Number:** 74709786 <u>Assignment Information</u>

**Registration Number:** 2042805

**Mark**



**(words only):** G

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2003-04-24

**Filing Date:** 1995-08-01

**Transformed into a National Application:** No

**Registration Date:** 1997-03-11

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2006-12-21

Latest Status Info

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
685 Fifth Avenue
New York, NY 10022
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
handbags
**Basis:** 1(a)
**First Use Date:** 1994-10-00
**First Use in Commerce Date:** 1995-03-00

**International Class:** 025
**Class Status:** Active
belts, gloves
**Basis:** 1(a)
**First Use Date:** 1994-10-00
**First Use in Commerce Date:** 1995-03-00

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1106722
1107311
1142562
1158170
1920895

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

Latest Status Info

## PROSECUTION HISTORY

2007-01-16 - TEAS Change Of Correspondence Received

2006-12-21 - Case File In TICRS

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

2003-04-24 - Section 8 (6-year) accepted & Section 15 acknowledged

2002-12-06 - Section 8 (6-year) and Section 15 Filed

2002-12-06 - Section 8 (6-year) and Section 15 Filed

2002-12-06 - PAPER RECEIVED

1997-03-11 - Registered - Principal Register

1996-12-17 - Published for opposition

1996-11-15 - Notice of publication

1996-09-27 - Approved for Pub - Principal Register (Initial exam)

1996-07-18 - Communication received from applicant

1996-01-18 - Non-final action mailed

1996-01-06 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
GEORGE M. BORABABY

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

Latest Status Info

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,234,272

## United States Patent and Trademark Office

Registered Mar. 23, 1999

## TRADEMARK
### PRINCIPAL REGISTER



GUCCI AMERICA, INC. (NEW YORK CORPO-
RATION)
685 FIFTH AVENUE
NEW YORK, NY 10022

FOR: WATCHES AND CLOCKS, IN CLASS 14
(U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 4-30-1996; IN COMMERCE
9-0-1996.
OWNER OF U.S. REG. NO. 2,042,805.

SER. NO. 75-456,924, FILED 3-25-1998.

AMOS T. MATTHEWS, JR., EXAMINING AT-
TORNEY

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:00:07 ET

**Serial Number:** 75456924 <u>Assignment Information</u>

**Registration Number:** 2234272

**Mark**



**(words only):** G

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 2004-05-26

**Filing Date:** 1998-03-25

**Transformed into a National Application:** No

**Registration Date:** 1999-03-23

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-06-03

Latest Status Info

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. GUCCI AMERICA, INC.

**Address:**
GUCCI AMERICA, INC.
685 fifth Avenue
New York, NY 10022
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active
WATCHES and CLOCKS
**Basis:** 1(a)
**First Use Date:** 1996-04-30
**First Use in Commerce Date:** 1996-09-00

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
2042805

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

2004-05-26 - Section 8 (6-year) accepted & Section 15 acknowledged

2004-04-21 - Section 8 (6-year) and Section 15 Filed

Latest Status Info

1999-03-23 - Registered - Principal Register

1998-12-29 - Published for opposition

1998-11-27 - Notice of publication

1998-10-22 - Approved for Pub - Principal Register (Initial exam)

1998-10-20 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
GOERGE M BORABABY

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399

---

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

Reg. No. 3,072,549

## United States Patent and Trademark Office

Registered Mar. 28, 2006

## TRADEMARK
### PRINCIPAL REGISTER



GUCCI AMERICA, INC. (NEW YORK CORPORA-
TION)
685 FIFTH AVENUE
NEW YORK, NY 10022

FOR: WALLETS, PURSES, HANDBAGS,
SHOULDER BAGS, CLUTCH BAGS, TOTE BAGS,
BUSINESS CARD CASES, CREDIT CARD CASES,
PARTLY AND WHOLLY OF LEATHER, KEY
CASES, COSMETIC CASES SOLD EMPTY, BRIEF-
CASES, ATTACHÉ CASES, VALISES, SUITCASES
AND DUFFLES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22
AND 41).

FIRST USE 3-0-1966; IN COMMERCE 3-0-1966.

OWNER OF U.S. REG. NOS. 1,106,722, 2,680,237
AND OTHERS.

SER. NO. 76-611,519, FILED 9-15-2004.

ELISSA GARBER KON, EXAMINING ATTORNEY

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:00:48 ET

**Serial Number:** 76611519 <u>Assignment Information</u>

**Registration Number:** 3072549

**Mark**



**(words only):** GG

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2006-03-28

**Filing Date:** 2004-09-15

**Transformed into a National Application:** No

**Registration Date:** 2006-03-28

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 106

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 830 -Post Registration

**Date In Location:** 2006-09-01

Latest Status Info

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Gucci America, Inc.

**Address:**
Gucci America, Inc.
685 Fifth Avenue
New York, NY 10022
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** New York
**Phone Number:** 201-392-2652

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
Wallets, purses, handbags, shoulder bags, clutch bags, tote bags, business card cases, credit card cases, partly and wholly of leather, key cases, cosmetic cases sold empty, briefcases, attaché cases, valises, suitcases and duffles
**Basis:** 1(a)
**First Use Date:** 1966-03-00
**First Use in Commerce Date:** 1966-03-00

## ADDITIONAL INFORMATION

**Design Search Code(s):**
**26.01.02** - Circles, plain single line; Plain single line circles
**26.01.31** - Circles - five or more; Five or more circles

**Prior Registration Number(s):**
1106722
1107259
1107311
2680237

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

Latest Status Info

# PROSECUTION HISTORY

2007-01-17 - TEAS Change Of Correspondence Received

2006-09-01 - Review Of Correspondence Complete

2006-08-17 - PAPER RECEIVED

2006-03-28 - Registered - Principal Register

2006-01-03 - Published for opposition

2005-12-14 - Notice of publication

2005-11-12 - Law Office Publication Review Completed

2005-10-28 - Assigned To LIE

2005-10-24 - Approved for Pub - Principal Register (Initial exam)

2005-10-04 - Teas/Email Correspondence Entered

2005-09-27 - Communication received from applicant

2005-09-27 - TEAS Response to Office Action Received

2005-08-15 - Non-final action mailed

2005-08-15 - Non-Final Action Written

2005-07-28 - Teas/Email Correspondence Entered

2005-07-20 - Communication received from applicant

2005-07-20 - TEAS Response to Office Action Received

2005-04-15 - Non-final action mailed

2005-04-14 - Non-Final Action Written

2005-04-14 - Assigned To Examiner

2005-04-14 - Assigned To Examiner

2004-09-24 - New Application Entered In Tram

Latest Status Info

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
George M. Borababy

**Correspondent**
Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York NY 10022
Phone Number: 212-715-1000
Fax Number: 212-715-1399