Robert Weigel (RW 0163)
Howard S. Hogan (HH 7995)
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue
New York, New York 10166
(212) 351-4000

*Attorneys for Plaintiffs Gucci America, Inc.
and Chloé SAS*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- ------- X

GUCCI AMERICA, INC. and CHLOÉ SAS,

        Plaintiffs,

      -against-

HGL ENTERPRISES;
EZDESIGNERREPLICAS.COM;
DESIGNERREPLICAS.HIGHPOWERSITES.
COM; HENRY LEIZGOLD a/k/a ENRIQUE
GOSMAN LEIZGOLD; HERLINDA LEIZGOLD
a/k/a LINDA LEIZGOLD a/k/a HERLINDA
PASAPERA; ABC COMPANIES; and JOHN
DOES,

        Defendants.

-------------------------------------------------------------- X

07 Civ. 5569

**DECLARATION OF
YULIYA P. KUKLINA**

    I, Yuliya P. Kuklina, of full age and under penalty of perjury, declare and state as

follows:

    1.  I am a private investigator employed as an agent of Alaco Limited ("Alaco"). Alaco

is retained by counsel for Plaintiffs Gucci America, Inc. ("Gucci") and Chloé SAS ("Chloé")

(collectively, "Plaintiffs"). I make this declaration in support of Plaintiffs' application for a

temporary restraining order and preliminary injunction against HGL Enterprises;

EZDesignerReplicas.com, DesignerReplicas.HighPowerSites.com, Henry Leizgold a/k/a Enrique

Gosman Leizgold, Herlinda Leizgold a/k/a Linda Leizgold a/k/a Herlinda Pasapera, ABC Companies, and John Does (collectively, "Defendants"). The information set forth herein is based upon my personal knowledge, and I could competently testify thereto if called to do so.

2. In 2006, I was asked to supervise an investigation into sales over the Internet to customers in the United States of various goods that make use of the trademarks of Gucci and Chloé. Alaco's investigation looked into many websites that seemed to be offering counterfeit versions of Plaintiffs' products. After these websites were identified, I purchased items that they offered for sale to make certain that the goods were, in fact, counterfeit. As detailed below and as corroborated by representatives from Gucci and Chloé, this investigation confirmed that the websites named as Defendants were, in fact, selling counterfeit products, and that Defendants HGL Enterprises, Henry Leizgold, and Herlinda Leizgold are principally responsible for the activities of these websites and receive the profits of sales of the counterfeit products. Within this declaration, I refer to Defendants' products as "Counterfeit Products" based on the fact that: (a) Defendants themselves admit that their products are "Designer Replicas" rather than authentic goods, and describe their goods as "replicas, imitations, or reproductions"; and (b) representatives of both Gucci and Chloé have confirmed that the products I purchased from Defendants are counterfeit.

3. As a part of this investigation, I negotiated with agents of the websites to see what I could determine about how the website operators conducted their business. In some instances, I sought or otherwise obtained information about these transactions from financial institutions such as banks and credit card companies. I and other agents of Alaco also engaged in searches of publicly available data concerning Defendants' business to try and determine its corporate structure, the principals involved, and the possible sources of its Counterfeit Products. I and

other agents of Alaco also observed Defendants' websites to be certain that their operations were ongoing, rather than temporary, in nature.  I and other agents of Alaco sought to determine whether Defendants have any offices, warehouses, inventory, property, or other assets within the United States.  Each of these steps was necessary to be certain that the Defendants in this action were engaged in counterfeiting, and to determine the scope of their activities, because counterfeiters often go to great lengths in order to conceal their unlawful conduct.

4.  In particular, Alaco learned that Defendants were marketing and offering for sale Counterfeit Products to the consuming public through the use of the Uniform Resource Locator ("URL") designations <www.DesignerReplicas.HighPowerSites.com> and <www.EZDesignerReplicas.com>.

5.   For example, shown below is a true and accurate screen shot of Defendants' website at www.DesignerReplicas.HighPowerSites.com.  Defendants' website repeatedly refers to its Counterfeit Products as "Gucci Bag[s]."



6.   Defendants' website at www.DesignerReplicas.HighPowerSites.com offers at least 39 different types of Counterfeit Products as "Gucci" handbags.  Below are true and accurate screen shots of Defendants' website at www.DesignerReplicas.HighPowerSites.com showing the total number of products offered as "Gucci" products.









8

7.  Similarly, shown below is a true and accurate screen shot of Defendants' website at www.DesignerReplicas.HighPowerSites.com, making liberal use of the trademark name "Chloe."



8.  Defendants' website at www.DesignerReplicas.HighPowerSites.com offers at least 7 different types of Counterfeit Products as "Chloe" handbags.  Below are true and accurate screen shots of Defendants' website at www.DesignerReplicas.HighPowerSites.com showing the total number of products offered as "Chloe" products.





9.    Defendants also make liberal use of the trademark names "Gucci" and "Chloe" on www.EZDesignerReplicas.com. In fact, Defendants' www.EZDesignerReplicas.com website is the exact same website as www.DesignerReplicas.HighPowerSites.com. The only difference between the two websites is their URL address. Below are true and accurate screen shots of the "Contact" pages of Defendants' websites at www.DesignerReplicas.HighPowerSites.com and www.EZDesignerReplicas.com.





### DesignerReplicas.HighPowerSites.com "Chloe" Orders 747719 and 747626

10. I placed an order through the website www.DesignerReplicas.HighPowerSites.com for a bag identified by the website at www.DesignerReplicas.HighPowerSites.com as a "Chloe" bag with a description of "Chloe Silverado Bag, Medium," and for a bag identified by the website at www.DesignerReplicas.HighPowerSites.com as a "Chloe Paddington Bag." The order numbers provided by agents of www.DesignerReplicas.HighPowerSites.com were 747719 and 747626, respectively. The cost of the purchase of each bag was $195, and there was no charge for shipping. Alaco paid for one of the orders through an account with a Bloomindale's Insider Visa credit card, and for the other order through an account with a Citibank MasterCard debit card.