# Exhibit 1

Yahoo! Mail - ███████████                    http://us.f516.mail.yahoo.com/ym/ShowLetter?box=Inbox&MsgId=610...

# YAHOO! MAIL

Print - Close Window

**From:** "p5115@swbell.net" <p5115@swbell.net>
**To:** "███████████" <███████████>
**Subject:** Your Order #747626
**Date:** Mon, 3 Jul 2006 08:57:19 -0700

This email is to confirm your order:

Order #747626

From Website: www.ezdesignerreplicas.com

Billed to:
Yuliya Kuklina
███████████
███████████
New York
NY
10007
us
███████████

Shipped to:
Yuliya Kuklina
███████████
███████████
New York
NY
10007
us
███████████

```
CHLOE PADDINGTON BAG
   Code:      1014
   Price:     195.00
   Quantity:         1
   Subtotal:  195.00
   Option 1:     NAVY

-------------------------------------------------------
Order Subtotal:                     195.00
Taxes:                                0.00
Shipping:                             0.00
Total:                              195.00
```

Yahoo! Mail - ▮▮▮▮▮▮▮▮▮▮                                    http://us.f516.mail.yahoo.com/ym/ShowLetter?box=Inbox&MsgId=316...

# YAHOO! MAIL

Print - Close Window

| | |
|---|---|
| From: | "p5115@swbell.net" <p5115@swbell.net> |
| To: | ▮▮▮▮▮▮▮▮▮▮ |
| Subject: | Your Order #747719 |
| Date: | Mon, 3 Jul 2006 10:07:36 -0700 |

```
This email is to confirm your order:

Order #747719

From Website: www.ezdesignerreplicas.com

Billed to:
Yuliya Kuklina
▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮
New York
NY
10007
us
▮▮▮▮▮▮▮▮▮▮

Shipped to:
Yuliya Kuklina
▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮
New York
NY
10007
us
▮▮▮▮▮▮▮▮▮▮


CHLOE SILVERADO BAG,MEDIUM
   Code:      1012
   Price:     195.00
   Quantity:         1
   Subtotal:  195.00
   Option 1:    BLACK

----------------------------------------------------------
Order Subtotal:                          195.00
Taxes:                                     0.00
Shipping:                                  0.00
Total:                                   195.00
```