# Exhibit 2

Yahoo! Mail - ███████████                    http://us.f516.mail.yahoo.com/ym/ShowLetter?box=Tomahawk&MsgId...

**YAHOO! MAIL**                                                Print - Close Window

**Date:** Thu, 6 Jul 2006 08:53:18 -0700 (PDT)
**From:** "Henry Leizgold" <p5115@swbell.net>
**Subject:** Your Chloe orders
**To:** ███████████

This is to inform you that your 2 orders for Chloe bags have been shipped and you should receive the package in about 1 week.

Thanks for your business,

Henry,
Designer Replicas