# Exhibit 3

DesignerReplicas.HighPowerSites.com                    https://secure.systemsecure.com/checkout/step3/318625.htm?



- To pay by credit card, scroll down and fill in your credit card info under "Credit Card In[
- To make an email order, click here
- To make a telephone order, call this number now: 713 785 6602
- To pay by money order or check, print out this page and mail with a money order or ch

Herlinda Leizgold

**Shipping Info.**
Yuliya Kuklina
▬▬▬▬▬
▬▬▬▬▬
▬▬▬▬▬
New York, NY
10007
United States
Tel:▬▬▬
Fax:

**Billing Info.**
Yuliya Kuklina
▬▬▬▬▬
▬▬▬▬▬
▬▬▬▬▬
New York, NY
10007
United States
Tel:▬▬▬
Fax:

| Code | Item | Price | Quantity | Subtotal |
|---|---|---|---|---|
| 809 | GUCCI BROWN LOG "JOLICOEUR" SHOULDER BAG | 160.00 | 1 | 160.00 |
| | | | Subtotal | 160.00 |
| | | Shipping and Handling: | None | 0.00 |
| | | | Taxes | 0.00 |
| | | | Total | 160.00 |

**Guarantee and Return Policy**
- View Guarantee
- View Return Policy

If you are satisfied that your order is accurate, click "Charge My Credit Card" below to complete the transaction. You will see an invoice that will also be e-mailed to you at ykuklina@yahoo.com.

**Credit Card Info**
We gladly accept Visa, Mastercard and Certified Checks.

Name on Credit Card

*Credit Card Number   Expiration Date (month/year)
                      1-Jan    2006
(do not put spaces or dashes between numbers in credit card number field)
CVV Card Security Number (last 3-4 numbers on the back of credit card)

**How to find your card security code:** Please look in the signature strip in the back of your credit card. In the signature strip, there are several numbers, some of which may be part of your credit card number. The last 3-digit number (Visa or MasterCard) is your CVV card security number. For AMEX, your CVV code is on the front. Asian or European cards may not have a security number and may use "000"

