# Exhibit 4

Citi - Check Images    https://o9863630.da-us.citibank.com/HomeBankingSecure/insess.asp?_...

• print   • close

## CHECK 635

**Date:**   07/24/2006

**Amount:**   $ 160.00

⊖ magnify ⊕



⊖ magnify ⊕

**IMPORTANT:** During the period when this notice is displayed, this check image is provided as a convenience only and is not evidence of final payment.

**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more

Citi - Check Images                                          https://o9863630.da-us.citibank.com/HomeBankingSecure/insess.asp?_...

**CHECK 635**
Copyright © 2004 Citicorp