# Exhibit 5

Yahoo! Mail - ███████  http://us.f516.mail.yahoo.com/ym/ShowLetter?box=Tomahawk&MsgId...

**YAHOO! MAIL**  Print - Close Window

| | |
|---|---|
| **Date:** | Fri, 25 Aug 2006 15:03:53 -0700 (PDT) |
| **From:** | "Henry Leizgold" <p5115@swbell.net> |
| **Subject:** | Re: Fwd: Gucci Jolicoeur order |
| **To:** | "Yuliya Kuklina" <███████> |

I shipped the bag on August 4 and I don't kow why you did not get. I will investigate. In the meantime, please send me you address again. Thanks

Henry

--- Yuliya Kuklina <███████> wrote:

```
>
>
> Note: forwarded message attached.
>
> ----------------------------------
> Get your email and more, right on the  new Yahoo.com
> Date: Fri, 25 Aug 2006 08:44:22 -0700 (PDT)
> From: Yuliya Kuklina <███████>
> Subject: Gucci Jolicoeur order
> To: nokiascr@aol.com
>
> Hello,
>
> I am following up on an order for a Gucci Brown Log
> Jolicoeur shoulder bag, product code 809.  I paid by
> check, and it was cleared on July 24.  However, I
> still have not received the bag.  Could you please
> advise on delivery.
>
> Thank you.
> Yuliya Kuklina
>
>
> ----------------------------------
> Get your own web address for just $1.99/1st yr.
> We'll help. Yahoo! Small Business.
```