# Exhibit 6

Citi - Check Images                              https://o9863649.da-us.citibank.com/HomeBankingSecure/insess.asp?_...

• print    • close

## CHECK 662

**Date:**     03/02/2007

**Amount:**  $ 370.00





**IMPORTANT:** During the period when this notice is displayed, this check image is provided as a convenience only and is not evidence of final payment.

**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account

Citi - Check Images                                               https://o9863649.da-us.citibank.com/HomeBankingSecure/insess.asp?_...

information. Learn more

**CHECK 662**
Copyright © 2007 Citigroup Inc.