# Exhibit 8

Yahoo! Mail - ███████████    http://us.f516.mail.yahoo.com/ym/ShowLetter?box=Sent&MsgId=2540...

**YAHOO! MAIL**    Print - Close Window

**Date:** Wed, 21 Mar 2007 11:42:20 -0700 (PDT)
**From:** "Yuliya Kuklina" ███████████
**Subject:** Missing order
**To:** p5115@swbell.net

Hello,

I mailed an order form on February 23, 2007 for two bags, Gucci # 827 and Chloe #1019. My check was cashed on March 2, however I still have not received the bags.

Please let me know when the bags are expected to ship.

Thank you,
Yuliya Kuklina

---

Don't pick lemons.
See all the new 2007 cars at Yahoo! Autos.