# Exhibit 9

Yahoo! Mail - ███████  http://us.f516.mail.yahoo.com/ym/ShowLetter?box=Inbox&MsgId=769...

**YAHOO! MAIL**  Print - Close Window

**Date:** Fri, 23 Mar 2007 06:41:13 -0700 (PDT)
**From:** "Henry Leizgold" <p5115@swbell.net>
**Subject:** Re: Missing order
**To:** "Yuliya Kuklina" ███████

I have misplaced your order. PLease send it again.
Thanks

Henry
--- Yuliya Kuklina <███████> wrote:

> Hello,
>
> I mailed an order form on February 23, 2007 for two
> bags, Gucci # 827 and Chloe #1019. My check was
> cashed on March 2, however I still have not received
> the bags.
>
> Please let me know when the bags are expected to
> ship.
>
> Thank you,
> Yuliya Kuklina
>
>
> ------------------------------------
> Don't pick lemons.
> See all the new 2007 cars at Yahoo! Autos.