# Exhibit 10

Yahoo! Mail - ▓▓▓▓▓▓▓▓▓▓▓▓▓                                              Page 1 of 2

# YAHOO! MAIL

Print - Close Window

| | |
|---|---|
| Date: | Mon, 9 Apr 2007 12:03:50 -0700 (PDT) |
| From: | "Henry Leizgold" <p5115@swbell.net> |
| Subject: | Re: Fwd: Re: Missing order |
| To: | "Yuliya Kuklina" ▓▓▓▓▓▓▓▓▓▓▓▓▓ |

The red bag was sent by me. We did not have the item
you requested, so we sent you this very nice bag
instead. We hoped you would like it. If not, I suggest
you give  as a present to someone
--- Yuliya Kuklina ▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:

> Henry,
>.
> I received a Gucci bag from Beijing, China. It is a
> large shoulder bag, red, with a plate on the front
> that says "85th Gucci".
>
> I can't tell from the shipping label where the bag
> was sent from, it does not list a company.  I am
> assuming it's from you per your email below, since I
> am not expecting anything else from China.
>
> If it is sent from your company, this is not the bag
> that I ordered.
>
> I ordered item #827, a Gucci medium tote from the
> 2006 cruise line. It's beige, with a scarf attached.
>
>
> I am not sure where the red bag came from, as it
> does not seem to be listed on your website.
>
> If the red bag was not sent by you, could you please
> let me know when I should expect to receive the
> original Gucci order.
>
> Thank you.
>
> Henry Leizgold <p5115@swbell.net> wrote: I found
> your order. I will be shipping the Hermes on
> Monday, and the Gucci will come from China in about
> 12
> to 14 days
>
> Henry
> --- Yuliya Kuklina   wrote:
>
> >
> >
> > Note: forwarded message attached.
> >
> > ------------------------------------
> > Expecting? Get great news right away with email
> > Auto-Check.
> > Try the Yahoo! Mail Beta.> Date: Fri, 23 Mar 2007

http://us.f516.mail.yahoo.com/ym/ShowLetter?box=Inbox&MsgId=8912_4954830_128588...   4/9/2007

```
> 15:05:05 -0700 (PDT)
> > From: Yuliya Kuklina
> > Subject: Re: Missing order
> > To: nokiascr@aol.com
> >
> > Here is a copy of the order form.  You do have
> > record of the payment, correct?
> >
> > Thank you,
> > Yuliya
> >
> > Henry Leizgold
>   wrote: I have
> > misplaced your order. PLease send it again.
> > Thanks
> >
> > Henry
> > --- Yuliya Kuklina   wrote:
> >
> > > Hello,
> > >
> > > I mailed an order form on February 23, 2007 for
> > two
> > > bags, Gucci # 827 and Chloe #1019.  My check was
> > > cashed on March 2, however I still have not
> > received
> > > the bags.
> > >
> > > Please let me know when the bags are expected to
> > > ship.
> > >
> > > Thank you,
> > > Yuliya Kuklina
> > >
> > >
> > > ------------------------------------
> > > Don't pick lemons.
> > > See all the new 2007 cars at Yahoo! Autos.
> >
> >
> >
> >
> > ----------------------------------
> >  Get your own web address.
> >  Have a HUGE year through Yahoo! Small Business.
>
>
>
>
>
> ----------------------------------
> Be a PS3 game guru.
> Get your game face on with the latest PS3 news and
> previews at Yahoo! Games.
```