# Exhibit 11

Case 1:07-cv-05569-RMB   Document 16-13   Filed 07/11/2007   Page 1 of 4

WHOIS Search provides domain registration information from Network ...    http://www.networksolutions.com/whois/results.jsp?domain=ezdesignerre...

other use of this data is expressly prohibited without prior written consent from us.

We reserve the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.
Version 6.3 4/3/2002

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | ENOM, INC. |
| IP Address: | 69.90.45.64 (ARIN & RIPE IP search) |
| IP Location: | CA(CANADA)-BRITISH COLUMBIA-VANCOUVER |
| Record Type: | Domain Name |
| Server Type: | IIS 5 |
| Lock Status: | clientDeleteProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | Yes |
| Traffic Ranking: | Not available |
| Data as of: | 17-Nov-2006 |

ezdesignerr...  ☑ .ms
Continue ▶

SEARCH AGAIN
Enter a search term:

e.g. networksolutions.com

Search by:
⦿ Domain Name
◯ NIC Handle
◯ IP Address

Search ▶

your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.

 **PerformanceClicks™ from Network Solutions**
Create and manage your online advertising from as low as $125/month plus $99 one time set-up fee

 **Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$49.95/month, plus a $399.00 design fee

Domain Names | Web Hosting | Web Design | SSL Certificates | Sell Online | Email Security | Pay Per Click | Online Marketing
Design a Website | Search Engine Optimization | Custom Logo Design | Press Release Services | Email Account | Web Analytics

  

© Copyright 2007 Network Solutions. All rights reserved.

http://smallbusiness.dnb.com/find-new-customers/business-background-r...

 D&B Business Background Report™

 Print this report

```
D&B has not fully revised this report since 10-19-01 and this report,
therefore, should not be considered a statement of existing fact.  The
information present may refer to information obtained by D&B after the last
full revision date.  Such information may not currently relate to this
business due to possible changes in ownership, control, or legal status.
                       BUSINESS BACKGROUND REPORT
HGL ENTERPRISES

DUNS: 01-783-5823                     DATE PRINTED: December 6, 2006
===============================================================================

10051 W PARK DR STE 240               Year Started: 1998
HOUSTON, TX 77042                     Control Year: 1998
Telephone: 713 785-7551               This is a Single location

                                      Employees Total: 1

Top Executive: HENRY LEIZGOLD, OWNER
===============================================================================

INDUSTRY

Line of Business:  RET MAIL-ORDER HOUSE, DATA PROCESSING/PREPARATION

Primary SIC:

     5961    (RET MAIL-ORDER HSE DATA)

Secondary SIC:

     7374

===============================================================================
SPECIAL EVENTS

10/19/01      Business address has changed from 10881 Richmond Ave Apt 811,
           Houston, TX, 77042 to 10051 W Park Dr Ste 240, Houston, TX, 77042.

===============================================================================
BUSINESS HISTORY

10/19/01
           HENRY LEIZGOLD, OWNER

              Ownership information provided verbally by sources on
           MAY 23 2000.
              Business started 1998.
              HENRY LEIZGOLD.  Work history unknown.
              Business address has changed from 10881 Richmond Ave Apt 811,
           Houston, TX, 77042 to 10051 W Park Dr Ste 240, Houston, TX, 77042.

===============================================================================
OPERATIONS

10/19/01      Operates catalog or mail-order houses (100%). Provides data
           processing and preparation services, specializing in computer
           graphics.
              Territory : Regional.
                 EMPLOYEES:  1 which includes owner.
```

WHOIS Search provides domain registration information from Network ...    http://www.networksolutions.com/whois/results.jsp?domain=ezdesignerre...

# NetworkSolutions

Login    Your cart is empty

## WHOIS Search Results

**WHOIS Record For**



**ezdesignerreplicas.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
SSL Certificates - Get peace of mind with a secure certificate.
Site Confirm Seals - Display a security seal and gain visitor trust.

**Need More Info?**
Contact us today!
CALL 1-800-361-5712
CONTACT me

[ Search » ]

```
=-=-=-=
Visit AboutUs.org for more information about EZDESIGNERREPLICAS.COM
AboutUs: EZDESIGNERREPLICAS.COM

Registration Service Provided By: MeZine
Contact: admin@websitedynamics.com
Visit:

Domain name: EZDESIGNERREPLICAS.COM

Registrant Contact:

   Herlinda Leizgold (p5115@swbell.net)
   +1.7137856602
   Fax:
   10051 Westpark Dr. #240
   Houston, TX 77042
   US

Administrative Contact:

   Herlinda Leizgold (p5115@swbell.net)
   +1.7137856602
   Fax:
   10051 Westpark Dr. #240
   Houston, TX 77042
   US

Technical Contact:

   Herlinda Leizgold (p5115@swbell.net)
   +1.7137856602
   Fax:
   10051 Westpark Dr. #240
   Houston, TX 77042
   US

Status: Locked

Name Servers:
   ns1.domaincityservers.com
   ns2.domaincityservers.com

Creation date: 03 Oct 2005 15:03:45
Expiration date: 03 Oct 2007 15:03:45
=-=-=-=
```

The data in this whois database is provided to you for information purposes only, that is, to assist you in obtaining information about or related to a domain name registration record. We make this information available "as is," and do not guarantee its accuracy. By submitting a whois query, you agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) enable high volume, automated, electronic processes that stress or load this whois database system providing you this information; or (2) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone. The compilation, repackaging, dissemination or

[ Go » ]

**BUY THE AVAILABLE EXTENSIONS FOR THIS DOMAIN NAME**

| ezdesignerr... | ☑ .net |
| ezdesignerr... | ☑ .org |
| ezdesignerr... | ☑ .info |
| ezdesignerr... | ☑ .biz |
| ezdesignerr... | ☑ .tv |
| ezdesignerr... | ☑ .us |
| ezdesignerr... | ☑ .cc |
| ezdesignerr... | ☑ .ws |
| ezdesignerr... | ☑ .bz |
| ezdesignerr... | ☑ .vg |
| ezdesignerr... | ☑ .gs |
| ezdesignerr... | ☑ .tc |