# Exhibit 12

Object Name: an_name                                    http://www.cclerk.hctx.net/coolice/default.asp?Category=AssumeName...

## Office of Beverly B. Kaufman, County Clerk, Harris County, Texas
### Assumed Names Inquiry System

```
                    DIRECT INDEX OF ASSUMED NAME RECORDS
FILE NUM.W.    BUSINESS NAME & ADDRESS, OWNER NAME & ADDRESS  (A-D)  .FILM CODE.DATE FILED.T.TR.
========.=.=================================================.=========.==========.=.==.================================.
B0233570    HGL ENTERPRISES                                          226910641 02-23-1998  10
            10881 RICHMOND AVE #811      HOUSTON          TX 77042
            LEIZGOLD ENRIQUE GOSMAN                       10881 RICHMOND AVE #811      HOUSTON       TX 77042
```

Total lines retrieved = 3  Lines displayed = 3

[Back to Inquiry]  [Main Menu]