# Exhibit 1

Int. Cls.: 3, 9, 18, 24, 25 and 26

Prior U.S. Cls.: 1, 3, 21, 26, 39, 40, 41, 42, 51 and 52

## United States Patent and Trademark Office

Reg. No. 1,491,810
Registered June 14, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## CHLOE

CHLOE SOCIETE ANONYME (FRANCE COR-
PORATION)
71 AVENUE FRANKLIN ROOSEVELT
PARIS, FRANCE

FOR: PERFUME, TOILET WATER, CO-
LOGNE, BATH AND SHOWER GEL, TALCUM
POWDER, BODY LOTION, BODY CREAM,
PERSONAL DEODORANT, BEAUTY OR BATH
SOAP, BATH SALTS, ALL PURPOSE CLEAN-
ING PREPARATIONS, MAKEUP, HAIR SHAM-
POO, TOOTHPASTE AND HAIR LOTION, IN
CLASS 3 (U.S. CLS. 51 AND 52).

FOR: EYEGLASSES, SUNGLASSES, CALCU-
LATORS, DRESSMAKER'S MEASURES, ELEC-
TRIC FLATIRONS AND OPTICAL LENSES, IN
CLASS 9 (U.S. CLS. 21 AND 26).

FOR: FUR AND PELTS SOLD IN BULK,
HANDBAGS, PURSES, TRAVEL CASES, TRAV-
ELLING BAGS, PARASOLS, UMBRELLAS
AND WALKING STICKS, IN CLASS 18 (U.S.
CLS. 1, 3 AND 41).

FOR: TEXTILE FABRICS FOR USE IN THE
MANUFACTURE OF CLOTHING, LINING MA-
TERIAL FOR USE IN THE MANUFACTURE
OF CLOTHING, BED LINEN, BATH LINEN,
HANDKERCHIEFS AND CLOTH LABELS, IN
CLASS 24 (U.S. CL. 42).

FOR: APRONS, BATHROBES, BATHING
SUITS, BERETS, WAISTS OF LADIES
DRESSES, COATS, COLLARS, CUFFS,
DRESSES, FUR STOLES, FUR JACKETS AND
COATS, HATS, HOSIERY, JACKETS, GLOVES,
TIES, SHIRTS, BLOUSES, TROUSERS, SKIRTS,
LINGERIE, VEILS, SCARVES, SHAWLS,
BOOTS, SHOES AND SLIPPERS, IN CLASS 25
(U.S. CL. 39).

FOR: ARTIFICIAL FLOWERS AND FRUIT,
HAIRBANDS, BRAIDS, BUCKLES AND
CORDS, NEEDLES, PINS, LACE, EMBROI-
DERY, RIBBONS, HAIR ORNAMENTS, BUT-
TONS, HOOKS AND EYES, IN CLASS 26 (U.S.
CL. 40).

PRIORITY CLAIMED UNDER SEC. 44(D) ON
FRANCE APPLICATION NO. 813907, FILED
9–12–1986, REG. NO. 1370314, DATED 9–12–1986,
EXPIRES 9–12–1996.

OWNER OF U.S. REG. NOS. 950,843, 1,447,853
AND OTHERS.

SER. NO. 648,744, FILED 3–10–1987.

RICHARD A. STRASER, EXAMINING ATTOR-
NEY

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:08:43 ET

**Serial Number:** 73648744 <u>Assignment Information</u>

**Registration Number:** 1491810

**Mark (words only):** CHLOE

**Standard Character claim:** No

**Current Status:** A partial Section 8 affidavit has been accepted.

**Date of Status:** 1994-09-29

**Filing Date:** 1987-03-10

**Transformed into a National Application:** No

**Registration Date:** 1988-06-14

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 1995-01-30

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. CHLOE SOCIETE ANONYME

**Address:**
CHLOE SOCIETE ANONYME
54-56 RUE DU FAUBOURG SAINT HONORE
75008 PARIS
France
**Legal Entity Type:** Corporation

Latest Status Info

**State or Country of Incorporation:** France

---

## GOODS AND/OR SERVICES

---

**International Class:** 003
**Class Status:** Active
PERFUME, TOILET WATER, COLOGNE, TALCUM POWDER, BODY LOTION, BODY CREAM, PERSONAL DEODORANT, BEAUTY OR BATH SOAP
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 009
**Class Status:** Section 8 - Cancelled
EYEGLASSES, SUNGLASSES, CALCULATORS, DRESSMAKER'S MEASURES, ELECTRIC FLATIRONS AND OPTICAL LENSES
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 018
**Class Status:** Active
HANDBAGS, PURSES, TRAVEL CASES, TRAVELLING BAGS, PARASOLS, UMBRELLAS
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 024
**Class Status:** Section 8 - Cancelled
TEXTILE FABRICS FOR USE IN THE MANUFACTURE OF CLOTHING, LINING MATERIAL FOR USE IN THE MANUFACTURE OF CLOTHING, BED LINEN, BATH LINEN, HANDKERCHIEFS AND CLOTH LABELS
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 025
**Class Status:** Active
BATHROBES, BATHING SUITS, COATS, DRESSES, HATS, JACKETS, GLOVES, TIES, SHIRTS, BLOUSES, TROUSERS, SKIRTS, SCARVES, SHOES
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

Latest Status Info

**International Class:** 026
**Class Status:** Section 8 - Cancelled
ARTIFICIAL FLOWERS AND FRUIT, HAIRBANDS, BRAIDS, BUCKLES AND CORDS,
NEEDLES, PINS, LACE, EMBROIDERY, RIBBONS, HAIR ORNAMENTS, BUTTONS, HOOKS
AND EYES
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
950843
1020289
1103275
1143167
1182862
1447853

**Foreign Application Number:** 813907
**Foreign Registration Number:** 1370314
**Foreign Registration Date:** 1986-09-12
**Country:** France
**Foreign Filing Date:** 1986-09-12
**Foreign Expiration Date:** 1996-09-12

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

1994-09-29 - Partial Section 8 (6-year) accepted & Section 15 acknowledged

1994-03-10 - Section 8 (6-year) and Section 15 Filed

1988-06-14 - Registered - Principal Register

1988-03-22 - Published for opposition

1988-02-19 - Notice of publication

Latest Status Info

1988-01-20 - Approved for Pub - Principal Register (Initial exam)

1987-12-07 - Communication received from applicant

1987-11-21 - Non-final action mailed

1987-09-23 - Communication received from applicant

1987-05-29 - Non-final action mailed

1987-05-22 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
ALBERT ROBIN

**Correspondent**
LAWRENCE E. APOLZON
WEISS DAWID FROSS ZELNICK & LEHRMAN, PC
633 THIRD AVENUE
NEW YORK, NY 10017

**Domestic Representative**
ALBERT ROBIN

Int. Cl.: 16

Prior U.S. Cls.: 2, 22, 37 and 38

## United States Patent and Trademark Office

Reg. No. 1,513,535
Registered Nov. 22, 1988

### TRADEMARK
#### PRINCIPAL REGISTER

## CHLOE

CHLOE SOCIETE ANONYME (FRANCE COR-
PORATION)
71 AVENUE FRANKLIN ROOSEVELT
PARIS, FRANCE

FOR: PAPER BAGS, BOOKS, MAGAZINES
AND NEWSPAPERS DEALING WITH FASH-
ION, FRAGRANCES, INTERIOR DECORATING
AND RELATED SUBJECTS, CARDBOARD
AND PAPER BOXES, PENCIL BOXES, CALEN-
DARS, ANNOUNCEMENT CARDS, BUSINESS
CARDS, FILE CARDS, NOTE CARDS, PENCIL
CASES, CARDBOARD AND PAPER CONTAIN-
ERS, PRINTED EMBLEMS, ENVELOPES,
PAPER HANDKERCHIEVES, CHECKBOOK
HOLDERS, PRINTED LABELS, WRITING

PAPER, PRINTED PATTERNS, CLOTHES PAT-
TERNS, PENS, PENCILS, PHOTOGRAPHS,
PLAYING CARDS, POSTERS, SKETCHES,
STENCILS AND STICKERS, IN CLASS 16 (U.S.
CLS. 2, 22, 37 AND 38).

PRIORITY CLAIMED UNDER SEC. 44(D) ON
FRANCE APPLICATION NO. 854175, FILED
5–5–1987, REG. NO. 1406755, DATED 5–5–1987,
EXPIRES 5–5–1997.

OWNER OF U.S. REG. NOS. 950,843, 1,447,853
AND OTHERS.

SER. NO. 666,087, FILED 6–10–1987.

AMOS T. MATTHEWS, JR., EXAMINING AT-
TORNEY

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:09:38 ET

**Serial Number:** 73666087 <u>Assignment Information</u>

**Registration Number:** 1513535

**Mark (words only):** CHLOE

**Standard Character claim:** No

**Current Status:** Section 8 and 15 affidavits have been accepted and acknowledged.

**Date of Status:** 1994-07-21

**Filing Date:** 1987-06-10

**Transformed into a National Application:** No

**Registration Date:** 1988-11-22

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-09-22

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHLOE SOCIETE ANONYME

**Address:**
CHLOE SOCIETE ANONYME
71 AVENUE FRANKLIN ROOSEVELT
PARIS
France
**Legal Entity Type:** Corporation

Latest Status Info

**State or Country of Incorporation:** France

## GOODS AND/OR SERVICES

**International Class:** 016
**Class Status:** Active
PAPER BAGS, BOOKS, FRAGRANCES, PAPER BOXES, PRINTED LABELS, PHOTOGRAPHS, POSTERS, SKETCHES
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
950843
1020289
1103275
1143167
1182862
1447853

**Foreign Application Number:** 854175
**Foreign Registration Number:** 1406755
**Foreign Registration Date:** 1987-05-05
**Country:** France
**Foreign Filing Date:** 1987-05-05
**Foreign Expiration Date:** 1997-05-05

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

1994-07-21 - Section 8 (6-year) accepted & Section 15 acknowledged

1994-02-24 - Section 8 (6-year) and Section 15 Filed

1988-11-22 - Registered - Principal Register

Latest Status Info

1988-08-30 - Published for opposition

1988-07-29 - Notice of publication

1988-06-21 - Approved for Pub - Principal Register (Initial exam)

1988-06-08 - Examiner's amendment mailed

1988-06-07 - Allowance/count withdrawn

1988-04-04 - Communication received from applicant

1988-03-24 - Non-final action mailed

1988-03-24 - Allowance/count withdrawn

1988-02-01 - Communication received from applicant

1988-01-04 - Non-final action mailed

1987-10-30 - Communication received from applicant

1987-09-23 - Non-final action mailed

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LAWRENCE E. APOLZON

**Correspondent**
LAWRENCE E. APOLZON
WEISS DAWID FROSS ZELNICK & LEHRMAN
633 THIRD AVENUE
NEW YORK, NY 10017

**Domestic Representative**
WEISS DAWID FROSS ZELNICK & LEHRMAN

---

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 1,925,176
Registered Oct. 10, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## CHLOE

CHLOE SOCIETE ANONYME (FRANCE SOCIE-
TE ANONYME)
54-56 RUE DE FAUBOURG SAINT HONORE
75008 PARIS, FRANCE

FOR: SUNGLASSES, SPECTACLE FRAMES
AND PARTS THEREOF, NAMELY EAR-
PIECES, LENSES, CORDS, CHAINS, CASES
AND CONTAINERS FOR SUCH SUNGLASSES
AND SPECTACLE FRAMES, IN CLASS 9 (U.S.
CLS. 21, 23, 26, 36 AND 38).

OWNER OF FRANCE REG. NO. 1370314,
DATED 9-12-1986, EXPIRES 9-12-1996.

OWNER OF U.S. REG. NOS. 950,843, 1,591,790
AND OTHERS.

SER. NO. 74-541,575, FILED 6-22-1994.

ESTHER BELENKER, EXAMINING ATTOR-
NEY

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:10:20 ET

**Serial Number:** 74541575 <u>Assignment Information</u>

**Registration Number:** 1925176

**Mark (words only):** CHLOE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2006-01-03

**Filing Date:** 1994-06-22

**Transformed into a National Application:** No

**Registration Date:** 1995-10-10

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 103

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 830 -Post Registration

**Date In Location:** 2006-01-03

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe Societe Anonyme

**Address:**
Chloe Societe Anonyme
54-56 rue de Faubourg Saint Honore
75008 Paris
France
**Legal Entity Type:** SOCIETE ANONYME

Latest Status Info

**State or Country Where Organized:** France

---

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
sunglasses,,,,, cases and containers for such sunglasses and
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
950843
1491810
1591790

**Foreign Registration Number:** 1370314
**Foreign Registration Date:** 1986-09-12
**Country:** France
**Foreign Expiration Date:** 1996-09-12

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2006-01-03 - First renewal 10 year

2006-01-03 - Section 8 (10-year) accepted/ Section 9 granted

2005-11-30 - Assigned To Paralegal

2005-10-13 - Combined Section 8 (10-year)/Section 9 filed

2005-10-13 - PAPER RECEIVED

2005-10-11 - PAPER RECEIVED

Latest Status Info

2001-03-28 - Section 8 (6-year) accepted

2000-12-06 - Section 8 (6-year) filed

1995-10-10 - Registered - Principal Register

1995-07-18 - Published for opposition

1995-06-16 - Notice of publication

1995-04-11 - Approved for Pub - Principal Register (Initial exam)

1995-03-20 - Communication received from applicant

1995-01-17 - Non-final action mailed

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lawrence E. Apolzon

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017

**Domestic Representative**
Fross Zelnick Lehrman & Zissu, P.C.

---

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 2,745,487
Registered Aug. 5, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## CHLOE

CHLOE SOCIETE ANONYME (FRANCE SOCI-
ETE ANONYME)
54-56 RUE DU FAUBOURG SAINT HONORE
75008 PARIS, FRANCE

FOR: JEWELRY; HOROLOGICAL AND
CHRONOMETRIC INSTRUMENTS, NAMELY,
WATCHES AND CLOCKS; WATCH STRAPS; PARTS
AND FITTINGS FOR ALL THE AFORESAID
GOODS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

OWNER OF FRANCE REG. NO. 1428213, DATED
9-23-1987, EXPIRES 9-23-2007.

OWNER OF U.S. REG. NOS. 1,182,862, 1,491,810,
AND 2,020,289.

SER. NO. 75-611,908, FILED 12-24-1998.

TARAH HARDY, EXAMINING ATTORNEY

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:11:22 ET

**Serial Number:** 75611908 <u>Assignment Information</u>

**Registration Number:** 2745487

**Mark (words only):** CHLOE

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2003-08-05

**Filing Date:** 1998-12-24

**Transformed into a National Application:** No

**Registration Date:** 2003-08-05

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-12-03

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe Societe Anonyme

**Address:**
Chloe Societe Anonyme
54-56 rue du Faubourg Saint Honore
75008 Paris
France
**Legal Entity Type:** SOCIETE ANONYME

Latest Status Info

**State or Country Where Organized:** France

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active
jewelry; horological and chronometric instruments, namely, watches and clocks; watch straps; parts and
fittings for all the aforesaid goods
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1020289
1182862
1491810

**Foreign Registration Number:** 1428213
**Foreign Registration Date:** 1987-09-23
**Country:** France
**Foreign Expiration Date:** 2007-09-23

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2003-10-24 - Section 7 correction issued

2003-08-25 - PAPER RECEIVED

2003-08-05 - Registered - Principal Register

2003-04-08 - Published for opposition

2003-03-19 - Notice of publication

2001-11-01 - Sec. 44(E) Claim Added

Latest Status Info

2002-11-01 - ITU claim deleted

2002-09-07 - Notice of Allowance canceled

2002-10-08 - Petition To Director - Granted

2002-07-26 - Petition To Director Received

2002-02-25 - Extension 4 granted

2002-02-06 - Extension 4 filed

2001-07-16 - Extension 3 granted

2001-07-16 - Extension 3 filed

2001-04-06 - Extension 2 granted

2001-02-22 - Extension 2 filed

2000-09-21 - Extension 1 granted

2000-07-31 - Extension 1 filed

2000-03-07 - Notice of allowance - mailed

1999-12-14 - Published for opposition

1999-11-12 - Notice of publication

1999-08-18 - Approved for Pub - Principal Register (Initial exam)

1999-08-09 - Communication received from applicant

1999-07-27 - Non-final action mailed

1999-07-26 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LAWRENCE E APOLZON

**Correspondent**
LAWRENCE E APOLZON

Latest Status Info

FROSS ZELNICK LEHRMAN & ZISSU PC
866 UNITED NATIONS PLZ
NEW YORK NY 10017

**Domestic Representative**
Fross Zelnick Lehrman & Zissu PC

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

United States Patent and Trademark Office

Reg. No. 3,198,388
Registered Jan. 16, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# CHLOE

CHLOE SOCIÉTÉ ANONYME (FRANCE COMPA-
NY)

54/56 RUE DU FAUBOURG SAINT HONORÉ

75008 PARIS, FRANCE

FOR: OPTICAL APPARATUS AND INSTRU-
MENTS, NAMELY, SPECTACLES, SUNGLASSES,
EYEGLASSES, EYE SHADES, AND CONTACT LEN-
SES, AND FRAMES, EARPIECES, LENSES, CORDS,
CHAINS, CASES AND CONTAINERS THEREFORE,
IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF ERPN CMNTY TM OFC REG. NO.
003683661, DATED 9-21-2005, EXPIRES 3-5-2014.

OWNER OF U.S. REG. NO. 1,925,176.

SER. NO. 78-752,377, FILED 11-11-2005.

DEZMONA MIZELLE, EXAMINING ATTORNEY

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:12:04 ET

**Serial Number:** 78752377 <u>Assignment Information</u>

**Registration Number:** 3198388

**Mark**



**(words only):** CHLOE

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2007-01-16

**Filing Date:** 2005-11-11

**Transformed into a National Application:** No

**Registration Date:** 2007-01-16

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-01-16

Latest Status Info

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe Société Anonyme

**Address:**
Chloe Société Anonyme
54/56 Rue du Faubourg Saint Honoré
75008 Paris
France
**Legal Entity Type:** Company
**State or Country Where Organized:** France

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
Optical apparatus and instruments, namely, spectacles, sunglasses, eyeglasses, eye shades, and contact lenses, and frames, earpieces, lenses, cords, chains, cases and containers therefore
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1925176

**Foreign Registration Number:** 003683661
**Foreign Registration Date:** 2005-09-21
**Country:** Erpn Cmnty TM Ofc
**Foreign Expiration Date:** 2014-03-05

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-01-16 - Registered - Principal Register

Latest Status Info

2006-10-31 - Published for opposition

2006-10-11 - Notice of publication

2006-09-18 - Law Office Publication Review Completed

2006-09-15 - Assigned To LIE

2006-08-31 - Approved for Pub - Principal Register (Initial exam)

2006-08-07 - Amendment From Applicant Entered

2006-07-20 - Communication received from applicant

2006-07-20 - PAPER RECEIVED

2006-05-24 - Non-final action mailed

2006-05-23 - Non-Final Action Written

2006-05-17 - Assigned To Examiner

2006-02-24 - Applicant amendment prior to exam entered

2006-02-24 - PAPER RECEIVED

2005-11-16 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lawrence E. Apolzon

**Correspondent**
LAWRENCE E. APOLZON; FROSS ZELNICK LEHRM
866 UNITED NATIONS PLAZA
NEW YORK; NY - NEW YORK
10017
XPX - NOT PROVIDED
Phone Number: 212-813-5900

**Domestic Representative**
Fross Zelnick Lehrman & Zissu, P.C.

---

# United States Patent Office

**950,843**
Registered Jan. 16, 1973

## PRINCIPAL REGISTER
### Trademark

Ser. No. 392,040, filed May 14, 1971

# Chloé

Chloé (French joint-stock company)
71 Avenue Franklin Roosevelt
75 Paris 8, France

For: LADIES' ARTICLES OF CLOTHING FOR OUTERWEAR — NAMELY; FROCKS, D R E S S E S, COATS, COSTUMES, SUITS, SKIRTS, BLOUSES, VESTS AND PANT-SUITS; FUR COATS, VESTS, HATS AND TIES; AND LADIES' SHOES—in CLASS 39 (INT. CL. 25).

Owner of French Reg. No. 464,837, dated May 10, 1957 (Seine); Natl. Inst. No. 90,025.

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:12:55 ET

**Serial Number:** 72392040 <u>Assignment Information</u>

**Registration Number:** 950843

**Mark**



**(words only):** CHLOE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2003-03-09

**Filing Date:** 1971-05-14

**Transformed into a National Application:** No

**Registration Date:** 1973-01-16

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2003-03-13

Latest Status Info

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHLOE SOCIETE ANONYME

**Address:**
CHLOE SOCIETE ANONYME
54-56 RUE DU FAUBOURG SAINT HONORE
75008 PARIS
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

## GOODS AND/OR SERVICES

**U.S. Class:** 039 (International Class 025)
**Class Status:** Active
LADIES' ARTICLES OF CLOTHING FOR OUTERWEAR-NAMELY, FROCKS, DRESSES,
COATS, COSTUMES, SUITS, SKIRTS, BLOUSES, VESTS AND PANT-SUITS; VESTS, HATS
AND TIES; AND LADIES' SHOES
**Basis:** 44(e)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Foreign Registration Number:** 464837
**Foreign Registration Date:** 1957-05-10
**Country:** France

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2003-03-09 - Second renewal 10 year

2003-03-09 - Section 8 (10-year) accepted/ Section 9 granted

2002-12-16 - Combined Section 8 (10-year)/Section 9 filed

Latest Status Info

2002-12-16 - PAPER RECEIVED

1993-03-31 - First renewal 10 year

1993-01-15 - Section 9 filed/check record for Section 8

1981-11-24 - Section 7 correction issued

1979-04-23 - Section 8 (6-year) accepted & Section 15 acknowledged

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LAWRENCE E. APOLZON

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN AND ZISSU P.C.MAN
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017-6754

**Domestic Representative**
FROSS ZELNICK LEHRMAN AND ZISSU P.C.

---

Int. Cl.: 3

Prior U.S. Cl.: 51

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 1,020,289
Registered Sep. 16, 1975
Renewal Term Begins Sep. 16, 1995

## TRADEMARK
## PRINCIPAL REGISTER

# Chloé

CHLOE S.A. (FRANCE CORPORATION)
54-56 RUE DU FAUBOURG
SAINT HONORE
75008 PARIS, FRANCE, ASSIGNEE OF
KARL LAGERFELD K.L. PRODUC-
TIONS, S.A. (FRANCE CORPORA-
TION) PARIS, FRANCE

FOR: PERFUME, IN CLASS 3 (U.S. CL.
51).

FIRST USE 4-9-1974; IN COMMERCE
4-9-1974.

SER. NO. 73-021,091, FILED 5-9-1974.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Feb. 27, 1996.*

**COMMISSIONER OF PATENTS AND TRADEMARKS**

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:14:06 ET

**Serial Number:** 73021091 <u>Assignment Information</u>

**Registration Number:** 1020289

**Mark**

# Chloé

**(words only):** CHLOE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2005-06-07

**Filing Date:** 1974-05-09

**Transformed into a National Application:** No

**Registration Date:** 1975-09-16

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 830 -Post Registration

**Date In Location:** 2005-06-07

Latest Status Info

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHLOE S.A.

**Address:**
CHLOE S.A.
54-56 RUE DU FAUBOURG SAINT HONORE
75008 PARIS
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
PERFUME
**Basis:** 1(a)
**First Use Date:** 1974-04-09
**First Use in Commerce Date:** 1974-04-09

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2005-06-07 - Second renewal 10 year

2005-06-07 - Section 8 (10-year) accepted/ Section 9 granted

2005-06-07 - Assigned To Paralegal

2005-04-14 - Combined Section 8 (10-year)/Section 9 filed

2005-04-14 - PAPER RECEIVED

Latest Status Info

1996-01-16 - First renewal 10 year

1995-11-20 - Section 9 filed/check record for Section 8

1987-07-24 - Miscellaneous paper filed

1981-11-18 - Section 8 (6-year) accepted & Section 15 acknowledged

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LAWRENCE E. APOLZON

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN & ZISSU
866 UNITED NATIONS PLZ
NEW YORK, NY 10017-1822

**Domestic Representative**
FROSS ZELNICK LEHRMAN & ZISSU

Int. Cl.: 3

Prior U.S. Cl.: 51, 52

United States Patent and Trademark Office

Reg. No. 1,103,275
Registered Oct. 3, 1978

## TRADEMARK
### Principal Register

# Chloé

Karl Lagerfeld K.L. Productions, S.A. (French corpora-
tion)
71 Franklin Roosevelt
Paris, France

For: SCENTED SOAPS, SCENTED BODY POW-
DERS, BODY LOTIONS AND BODY CLEANSING
GELS, in CLASS 3 (U.S. CLS. 51 and 52).
First use Mar. 22, 1977; in commerce Mar. 22, 1977.
Owner of Reg. No. 1,020,289.

Ser. No. 151,282, filed Dec. 6, 1977.

M. MERCHANT, Examiner

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:14:56 ET

**Serial Number:** 73151282 <u>Assignment Information</u>

**Registration Number:** 1103275

**Mark**



**(words only):** CHLOE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 1999-01-13

**Filing Date:** 1977-12-06

**Transformed into a National Application:** No

**Registration Date:** 1978-10-03

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 1999-03-02

Latest Status Info

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. CHLOE S.A.

**Address:**
CHLOE S.A.
54-56 RUE DU FAUBOURG SAINT HONORE
75008 PARIS
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

## GOODS AND/OR SERVICES

**International Class:** 003
**Class Status:** Active
SCENTED BODY POWDERS, BODY LOTIONS AND BODY CLEANSING GELS
**Basis:** 1(a)
**First Use Date:** 1977-03-22
**First Use in Commerce Date:** 1977-03-22

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1020289

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

1999-01-13 - First renewal 10 year

1998-10-05 - Section 9 filed/check record for Section 8

1987-07-24 - Miscellaneous paper filed

1984-03-12 - Section 8 (6-year) accepted & Section 15 acknowledged

Latest Status Info

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LAWRENCE E APOLZON

**Correspondent**
LAWRENCE E APOLZON
FROSS ZELNICK LEHRMAN & ZISSU PC
633 3RD AVE
NEW YORK NY 10017-6754

Int. Cls.: 14, 18, 24 and 25

Prior U.S. Cls.: 3, 28, 39 and 42

**United States Patent and Trademark Office**

Reg. No. 1,182,862
Registered Dec. 22, 1981

## TRADEMARK
### Principal Register

# Chloé

Chloe, Societe Anonyme (France corporation)
71 Avenue Franklin Roosevelt
Paris, France 8

For: JEWELRY—NAMELY, DRESS JEWEL-RY, in CLASS 14 (U.S. Cl. 28).
First use Dec. 31, 1974; in commerce Dec. 31, 1974.
For: LEATHER GOODS—NAMELY, HAND-BAGS, SUITCASES AND LUGGAGE, in CLASS 18 (U.S. Cl. 3).
First use Sep. 30, 1973; in commerce Sep. 30, 1973.
For: FABRICS—NAMELY, DRAPERY AND UPHOLSTERY FABRIC AND LINING FOR HANDBAGS, in CLASS 24 (U.S. Cl. 42).
First use Jun. 30, 1977; in commerce Jun. 30, 1977.
For: CLOTHING—NAMELY, BELTS, SCARVES, FROCKS, DRESSES, COATS, COS-TUMES, SUITS, SKIRTS, BLOUSES, VESTS AND PANTSUITS, HATS AND TIES AND LA-DIES SHOES, FUR COATS, JACKETS, STOLES, HATS, MUFFS, CAPES, FUR-LINED RAIN-COATS AND SAID GARMENTS MADE OF SKIN, LINGERIE, in CLASS 25 (U.S. Cl. 39).
First use Sep. 30, 1970; in commerce Sep. 30, 1970.
Owner of U.S. Reg. Nos. 950,843 and 1,143,167.

Ser. No. 242,506, filed Dec. 11, 1979.

PAUL F. GAST, Primary Examiner

TERESA M. RUPP, Examiner

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:15:41 ET

**Serial Number:** 73242506 <u>Assignment Information</u>

**Registration Number:** 1182862

**Mark**

# Chloé

**(words only):** CHLOE

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2002-02-08

**Filing Date:** 1979-12-11

**Transformed into a National Application:** No

**Registration Date:** 1981-12-22

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2002-02-12

Latest Status Info

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe, Societe Anonyme

**Address:**
Chloe, Société Anonyme
54-56 RUE DU FAUBOURG SAINT-HONORE
75008 Paris
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

## GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active
Jewelry-Namely, Dress Jewelry
**Basis:** 1(a)
**First Use Date:** 1974-12-31
**First Use in Commerce Date:** 1974-12-31

**International Class:** 018
**Class Status:** Section 8 - Cancelled
Leather Goods-Namely, Handbags, Suitcases and Luggage
**Basis:** 1(a)
**First Use Date:** 1973-09-30
**First Use in Commerce Date:** 1973-09-30

**International Class:** 024
**Class Status:** Section 8 - Cancelled
**Basis:** 1(a)
**First Use Date:** 1977-06-30
**First Use in Commerce Date:** 1977-06-30

**International Class:** 025
**Class Status:** Active
Clothing-Namely, Belts, Scarves, Frocks, Dresses, Coats, Costumes, Suits, Skirts, Blouses, Vests and
Pantsuits, Hats and Ties and Ladies Shoes, Fur Coats, Jackets, Stoles, Hats, Muffs, Capes, Fur-Lined
Raincoats and Said Garments Made of Skin, Lingerie
**Basis:** 1(a)
**First Use Date:** 1970-09-30
**First Use in Commerce Date:** 1970-09-30

Latest Status Info

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1143167
9508430

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2002-02-08 - First renewal 10 year

2002-02-08 - Section 9 granted/check record for Section 8

2002-02-08 - Partial Section 8 ( 10-Year) accepted/checked record for section

2001-12-04 - Combined Section 8 (10-year)/Section 9 filed

1988-04-11 - Partial Section 8 (6-year) accepted & Section 15 acknowledged

1987-10-02 - Section 8 (6-year) and Section 15 Filed

1981-12-22 - Registered - Principal Register

1981-09-29 - Published for opposition

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LAWRENCE E. APOLZON

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN & ZISSU PC
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017

**Domestic Representative**
FROSS ZELNICK LEHRMAN & ZISSU PC

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:20:06 ET

**Serial Number:** 78761371 <u>Assignment Information</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**



**(words only):** CHLOÉ

**Standard Character claim:** No

**Current Status:** Opposition period completed, a Notice of Allowance has been issued.

**Date of Status:** 2007-01-23

**Filing Date:** 2005-11-28

**The Notice of Allowance Date is:** 2007-01-23

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**Attorney Assigned:**
MIZELLE HOWARD DEZMONA JULYE <u>Employee Location</u>

**Current Location:** 700 -Intent To Use Section

**Date In Location:** 2007-02-20

Latest Status Info

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe Societe Anonyme

**Address:**
Chloe Societe Anonyme
54-56 Rue du Faubourg Saint Honore
75008 Paris
France
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** France

---

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
Goods made of leather and imitations of leather, namely, handbags, purses, traveling cases, traveling bags, luggage, backpacks, toiletry cases sold empty, credit card cases and holders, key cases, coin purses, parasols and umbrellas
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
1491810
2641982

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2007-02-15 - TEAS Statement of Use Received

2007-01-23 - Notice of allowance - mailed

---

Latest Status Info

2006-10-31 - Published for opposition

2006-10-11 - Notice of publication

2006-09-18 - Law Office Publication Review Completed

2006-09-15 - Assigned To LIE

2006-08-31 - Approved for Pub - Principal Register (Initial exam)

2006-08-07 - Amendment From Applicant Entered

2006-07-20 - Communication received from applicant

2006-07-20 - PAPER RECEIVED

2006-05-24 - Non-final action mailed

2006-05-23 - Non-Final Action Written

2006-05-17 - Assigned To Examiner

2005-12-01 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lawrence E. Apolzon

**Correspondent**
LAWRENCE E. APOLZON; FROSS ZELNICK LEHRM
866 UNITED NATIONS PLAZA
NEW YORK; NY - NEW YORK
10017
XPX - NOT PROVIDED
Phone Number: 212-813-5900
Fax Number: 212-813-5901

**Domestic Representative**
Fross Zelnick Lehrman & Zissu, P.C.
Phone Number: 212-813-5900
Fax Number: 212-813-5901

---

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:21:06 ET

**Serial Number:** 78863562 <u>Assignment Information</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**

# PADDINGTON

**(words only):** PADDINGTON

**Standard Character claim:** Yes

**Current Status:** A non-final action has been mailed. This is a letter from the examining attorney requesting additional information and/or making an initial refusal. However, no final determination as to the registrability of the mark has been made.

**Date of Status:** 2006-09-28

**Filing Date:** 2006-04-18

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

**Attorney Assigned:**
KEARNEY COLLEEN <u>Employee Location</u>

**Current Location:** M4X -TMO Law Office 113 - Examining Attorney Assigned

**Date In Location:** 2006-09-27

Latest Status Info

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe Societe Anonyme

**Address:**
Chloe Societe Anonyme
5/7 Av. Percier
75008 Paris
France
**Legal Entity Type:** SOCIETE ANONYME
**State or Country Where Organized:** France

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
handbags, purses, wallets
**Basis:** 44(d)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Foreign Application Number:** 50068537
**Country:** Erpn Cmnty TM Ofc
**Foreign Filing Date:** 2006-04-07

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-09-28 - Non-final action mailed

2006-09-27 - Non-Final Action Written

2006-09-23 - Assigned To Examiner

Latest Status Info

2006-04-24 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lawrence E. Apolzon

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLZ
NEW YORK, NY 10017-1822
Phone Number: 212-813-5900
Fax Number: 212-813-5901

**Domestic Representative**
Fross Zelnick Lehrman & Zissu, P.C.
Phone Number: 212-813-5900
Fax Number: 212-813-5901

Latest Status Info

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-03-13 12:22:29 ET

**Serial Number:** 78863566 <u>Assignment Information</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**

# SILVERADO

**(words only):** SILVERADO

**Standard Character claim:** Yes

**Current Status:** A non-final action has been mailed. This is a letter from the examining attorney requesting additional information and/or making an initial refusal. However, no final determination as to the registrability of the mark has been made.

**Date of Status:** 2006-09-25

**Filing Date:** 2006-04-18

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

**Attorney Assigned:**
KEARNEY COLLEEN <u>Employee Location</u>

**Current Location:** M4X -TMO Law Office 113 - Examining Attorney Assigned

**Date In Location:** 2006-09-23

Latest Status Info

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chloe Societe Anonyme

**Address:**
Chloe Societe Anonyme
5/7 Av. Percier
75008 Paris
France
**Legal Entity Type:** SOCIETE ANONYME
**State or Country Where Organized:** France

## GOODS AND/OR SERVICES

**International Class:** 018
**Class Status:** Active
handbags, purses, wallets
**Basis:** 44(d)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Foreign Application Number:** 50073077
**Country:** Erpn Cmnty TM Ofc
**Foreign Filing Date:** 2006-04-07

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-09-25 - Non-final action mailed

2006-09-23 - Non-Final Action Written

2006-09-23 - Assigned To Examiner

Latest Status Info

2006-04-24 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lawrence E. Apolzon

**Correspondent**
LAWRENCE E. APOLZON
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLZ
NEW YORK, NY 10017-1822
Phone Number: 212-813-5900
Fax Number: 212-813-5901

**Domestic Representative**
Fross Zelnick Lehrman & Zissu, P.C.
Phone Number: 212-813-5900
Fax Number: 212-813-5901