# Exhibit 2

The Daily Yomiuri (Tokyo)

**January** 30, 2006 Monday

Brand Names;
Chloe more than just bags

**SOURCE:** Yomiuri

**SECTION:** Pg. 8

**LENGTH:** 228 words


**Chloe International** S. A., known for its Paddington bag that sells out as soon as it hits the shelves, opened its flagship shop, the company's 11th store in Japan, in mid-January in Minami-Aoyama, Tokyo.

The French clothing brand was started in 1952 by Jacques Lenoir and Gaby Aghion, fashion industry pioneers who made expensive ready-made clothes. The brand has continued producing feminine and sophisticated clothing since then. In 1965, renowned designer Karl Lagerfeld joined the company as chief designer, bestowing upon the brand a hipster image at the cutting edge of contemporary fashion.

Luxury goods group Richemont bought out the firm in 1985, and since 1997 Stella MaCartney has been the firm's creative director. Another young designer, Phoebe Philo, joined in 2001, adding freshness and cuteness to the designs, attracting more young customers. Philo left in January.

Chloe began business in Japan in 2003. Revenues generated here account for about 20 percent of the brand's international total. Half of the revenues in Japan are accrued from bags, and the other half from clothing.

Hitoshi Miki, in charge of Chloe stores in Japan, said: "Our bags are selling better than we expected, but as a clothing brand, we want to sell more clothes than bags. We plan to open five new shops in the next two years and enhance our presence here."

**LOAD-DATE:** January 29, 2006

**LANGUAGE:** ENGLISH

Copyright 2006 The Yomiuri Shimbun

WWD

February 15, 2005

CHLOE ADDS TO COLLECTION WITH NEW FRAGRANCE.

**SECTION:** Pg. 11 ; ISSN: 0149-5380

**LENGTH:** 651 words

Byline: Brid Costello, With contributions from Julie Naughton, New York, Ross Tucker

PARIS -- Chloe, which is among France's hippest fashion labels, will juice up its fragrance wardrobe this spring with Chloe Collection 2005, a limited-edition women's scent.

"We consider this testing the waters," said Pierre Sivac, managing director of Unilever Cosmetics **International** France, **Chloe's** beauty license holder. "If this works as a first step, [perhaps in] 2006 we'll envisage coming back with something bigger."

Such a tentative approach is necessary, said Sivac, since Chloe Collection 2005 is the brand's first scent since 1996.

"[We want] to understand how the brand works," said Sivac.

The new fragrance, set to be available from April to August in approximately 5,000 doors globally, is also intended to rejuvenate the brand's product portfolio, which already includes a signature fragrance that bowed in 1975.

Further, Unilever hopes to cash in on the fashion brand's soaring cool quotient under creative director Phoebe Philo. Her pretty dresses and casual-chic pieces have become perennial favorites among movie stars and fashionistas.

"We wanted to capture Chloe's fashion spirit and attitude and bring it to a fragrance," said Lucy Tart, vice-president global marketing, Unilever Cosmetics International. "We collaborated closely with the fashion house and drew our inspirations from the spring 2005 ready-to-wear collection -- which is all about a sheer, spirited expression of femininity. The fragrance is innocent, charming and playfully sexy."

The ready-to-wear collection also inspired the scent's outer packaging, which features cutout flowers meant to recall the broiderie anglaise used in some Chloe pieces. The motif also decorates the fragrance's flacon.

The Chloe Collection 2005 scent, which was concocted by International Flavors & Fragrance's Carlos Benaim and Clement Gavarry, is meant to have a pretty, lighthearted feel, as well. It features top notes of waterleaf, pear and passion fruit. Hydroponic tuberose and wet gardenia mist are at its heart, while base notes include wet woods and musk.

The eau de toilette will be available in a 3.4-oz. spray version priced at $ 55 in the U.S.

While Unilever executives declined to give sales projections, industry sources estimate 10,000 to 15,000 bottles of Chloe Collection 2005 will be produced for the French market.

Point-of-sale promotions will support the launch.

With contributions from Julie Naughton, New York

Nu Skin Sales Hit High

NEW YORK -- Booming growth in China and North America propelled Nu Skin Enterprises Inc.'s top line for the fourth quarter as well as for the year.

For the three months ended Dec. 31, the Provo, Utah-based beauty and personal care products company saw earnings slip 5 percent to $ 22 million, or 31 cents a diluted share. Earnings were negatively impacted by a distributor convention held in Japan that resulted in a one-time charge of $ 5 million, the company said. Despite this, Nu Skin beat analysts' expectations of 29 cents for the quarter. Comparatively, the company reported earnings of $ 23.1 million, or 31 cents, in the same period a year ago.

Revenues for the quarter reached an all-time high for the company, growing 11 percent to $ 306.3 million. The firm's greater China market, which includes Hong Kong and Taiwan, led the charge with a 43.7 percent revenue gain to $ 62.8 million from $ 43.7 million. Revenues in North America grew 12.6 percent to $ 36 million from $ 32 million.

For the year, earnings rose 14.4 percent to $ 77.7 million, or $ 1.07 a share, compared with $ 67.9 million, or 85 cents, in the year-ago period while revenues broke the $ 1 billion threshold for the first time in the company's history, rising 15.3 percent to $ 1.14 billion.

Ross Tucker

Caption(s): Chloe Collection 2005.

**IAC-CREATE-DATE:** February 22, 2005

**LOAD-DATE:** March 21, 2005

**IAC-ACC-NO:** 128715303

**TYPE:** Magazine/Journal

Copyright 2005 Gale Group, Inc.
ASAP
Copyright 2005 Fairchild Publications, Inc.

### We'll always have Paris

~~~~~~~

By Jackie Bolin And Tracy Achor Hayes

In a world where anyone from a pop star to a thrift-shop stylist can be called a designer, only a few talents truly deserve the title.

And even fewer make clothes of real consequence _ playing with silhouette, proportion and fabric in ways that appear strange at first, but ultimately shift our perceptions about what is beautiful or current. This season, many of the designers who matter most happen to work in Paris. Coincidence? Not likely.

KARL LAGERFELD FOR CHANEL

Tapping the current mood of dark Victoriana, Lagerfeld shapes black silk taffeta into a full-sleeved empire dress with stiffly peaked shoulders, $4,755 at Neiman Marcus. Miu Miu suede ankle boots, $495, also Neiman Marcus. Ribbed wool tights, $55, Wolford.

ALBER ELBAZ FOR LANVIN

Elbaz is by no means a newcomer, but when the Casablanca-born, Israel-bred designer joined Lanvin in 2001, he found a fine home. His delicate modern aesthetic (influenced by early years at Geoffrey Beene, refined at Yves Saint Laurent) is a perfect match for the *fashion* house founded by Jeanne Lanvin in 1889. Elbaz' signature dresses drape in all the right places, creating a look that's subtle and soft, never aggressive or forced.

Trapeze dress in folded silk with zippered shoulder, $3,385, from a collection at Barneys New York. Chanel leather pumps, $595, Neiman Marcus. Opaque tights, $42, Wolford.

### *CHLOE*

Under the direction of British designer Phoebe Philo, *Chloe* pioneered some of the most influential looks of the last few years _ capacious big-buttoned sweaters, roomy trapeze dresses, chunky stacked-heel shoes and boots. When Philo departed the label last year to spend more time with her husband and new baby, her design staff carried on the label's fresh, *fashion*-forward vibe. But with the post of head designer still open at press time, the possibilities are tantalizing.

Wool tweed short-sleeved dress, $940, select boutiques, layered over a balloon-sleeve silk dress, $1,640, Carla Martinengo. *Chloe* leather pumps, $410, select boutiques. Opaque tights, $52, Wolford.

OLIVER THEYSKENS FOR ROCHAS

In just three years, the brooding young Belgian with the pale skin and sheet of black hair has made Rochas one of the most influential labels around. Then two months ago came news that rocked the *fashion* world: Owner Procter & Gamble was shuttering the venerable *fashion* house after the fall collection. Now the industry waits to see what's next for Theyskens, and stocks up on the dark, lean pantsuits and restrained evening dresses from his final Rochas collection _ sure to become valuable vintage.

(Left) Black wool brocade coat, $2,350; silk tank with brocade hem, $1,660; and silk skirt with banded hem, $2,320, all Neiman Marcus. (Right) Fitted jacket in wool-silk brocade, $2,575; and skirt, $1,235, Barneys New York.

KARL LAGERFELD FOR CHANEL

Is there no end to Lagerfeld's ability to make fresh, relevant interpretations of the groundbreaking looks created by Coco more than 75 years ago? This is where all generations find common ground: From ladies-who-lunch to Lindsey Lohan, everybody wants Chanel.

Ivory boucle tweed redingote, $6,965; mini, $2,480; and leather ankle boots, $795, all Neiman Marcus. (Model's own Diesel jeans)

MARC JACOBS FOR LOUIS VUITTON

As an American in Paris, LV designer Marc Jacobs is spreading his influence across the Atlantic. Chosen by the iconic luggage label in 1997 to lead its foray into ready-to-wear, Jacobs has quickly become a force in French *fashion* and the only designer to present dynamic runway collections in both New York and Paris. His namesake label may be for the youthquakers, but at Vuitton, Jacobs has proven he can do luxury with equal skill and aplomb.

Silk twill and wool belted coatdress, $3,500; black "Felty" over-the-knee boots, $915, Louis Vuitton.

STEFANO PILATI FOR YVES SAINT LAURENT

In contrast to his predecessor Tom Ford, Pilati has earned acclaim not for his boundary-pushing ads or dreamy good looks (though he's got those, too,), but rather for his clothes. Tulip skirts, high-necked blouses, lean tunics and defined waistlines are among Pilati's most widely copied ideas _ so far.

(Left) Stretch wool flannel asymmetric jacket, $2,995; taffeta tunic with bow neckline, $1,270; flannel cropped pant with banded hem, $895; and ankle boot with patent heel and brass hardware, $840, all Neiman Marcus. (Right) Mao-collared stretch flannel tunic, $1,195; narrow pants, $660; double-buckle leather belt, $325; and patent pumps, $640, all Neiman Marcus

AZZEDINE ALAIA

He studied sculpture and architecture and worked with Christian Dior, Guy Laroche and Thierry Mugler. But when Azzedine Alaia launched his own label in 1980, he promptly broke every rule in the book: no marketing, no runway shows, no fragrance, collections produced only on his own highly eccentric calendar. No matter. Alaia is the reigning master of haute sex appeal.

Mongolian lamb jacket, $4,092; and black viscose V-neck dress with asymmetrical seaming, $1,945, select boutiques. Pedro Garcia suede ankle-strap pumps, $350, Tootsies. Ribbed tights, $55, Wolford.

LARS NILSSON FOR NINA RICCI

For the past three years (since being let go as design director at Bill Blass), Swedish-born designer Lars Nilsson has been quietly collecting a crowd of fans with his ultra- feminine dresses and "Franco-preppy" sportswear for Nina Ricci. Then came a late-August announcement: Nilsson had resigned. What's next for the well-likeddesigner? What's next for Nina Ricci? Stay tuned.

Olive corduroy jacket, $1,390; vest, $590; and tiered silk dress, $2,990, select boutiques. *Chloe* ankle-tie wedges, $640. Ribbed tights, $55, Wolford.

---

(c) 2006, The Dallas Morning News.

Visit The Dallas Morning News on the World Wide Web at http://www.dallasnews.com/

Distributed by McClatchy-Tribune Information Services.

---

TO SUBSCRIBE TO TRENDSETTER

Items in the Trendsetter package are not included in your MCT News Service subscription. You can subscribe to the Trendsetter package or purchase the items a la carte on MCT Direct at www.mctdirect.com. To subscribe, please call Rick DeChantal at Tribune Media Services at (800) 245-6536 or rdechantal@tribune.com. Outside the United States, call Tribune Media Services International at +1-213-237-7987 or e-mail tmsi@tribune.com.

---

PHOTOS (from MCT Photo Service, 202-383-6099):

For reprints, email tmsreprints@permissionsgroup.com, call 800-374-7985 or 847-635-6550, send a fax to 847-635-6968, or write to The Permissions Group Inc., 1247 Milwaukee Ave., Suite 303, Glenview, IL 60025, USA.

Copyright of **Dallas Morning News, The (TX)** is the property of Dallas Morning News, The (TX). The copyright in an individual article may be maintained by the author in certain cases. Content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.
**Source:** Dallas Morning News, The (TX), Sep 18, 2006
**Item:** 2W62W61159779368