

LAW OFFICES
## Bruce D. Katz & Associates
Attorneys and Counselors at Law
The Transportation Building
225 Broadway, 37th Floor
New York, New York, 10007
(212) 233-3434
(212) 208-3060 Fax



September 27, 2007

**BY FACSIMILE (212) 805-6717** (with prior permission)
Hon. Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street, Room 650
New York, NY 10007

Re: Gucci America, Inc. et al. v. HGL Enterprises et al.
    Civil Action No. 07-CV-5569(RMB)

Dear Judge Berman:

    I am counsel for defendant, Herlinda Leizgold, in the above captioned matter. I am writing on behalf of all parties to advise Your Honor that the parties have reached a settlement agreement in principal that will finally dispose of this matter.

    In view of the settlement, the parties respectfully request that the status conference currently scheduled for tomorrow, September 28, 2007, be adjourned to provide the parties sufficient time to reduce their agreement to writing and file it with the Court.

Respectfully submitted,

Bruce D. Katz

BDK/mm
cc: Robert Weigel, Esq.; Howard S. Hogan, Esq. (by email)

*Adjourned to 10/19/07 @ 9:00 A.M.*

**SO ORDERED:**
Date: 9/27/07
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2007