# LAW OFFICES
## Bruce D. Katz & Associates
Attorneys and Counselors at Law
The Transportation Building
225 Broadway, 37th Floor
New York, New York, 10007
(212) 233-3434
(212) 208-3060 Fax

**MEMO ENDORSED**

RECEIVED OCT 18 2007 RICH——  ——AN

October 18, 2007

**BY FACSIMILE (212) 805-6717** (with prior permission)
Hon. Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street, Room 650
New York, NY 10007

Re:   Gucci America, Inc. et al. v. HGL Enterprises et al.
      Civil Action No. 07-CV-5569(RMB)

Dear Judge Berman:

I am counsel for defendant, Herlinda Leizgold, in the above captioned matter, and I am writing at the instruction of your chambers to confirm that the status conference currently scheduled for tomorrow morning, **October 19, 2007**, has been adjourned until the same time next Friday, October 26, 2007. This adjournment was granted with the consent of counsel for plaintiff.

The purpose of the request is to permit the parties to obtain signed copies of their settlement agreement. Specifically, defendant Herlinda Leizgold is a foreign national. She has expressed difficulty in understanding the written language employed in the settlement agreement -- although she does understand and agree to the settlement agreement as explained to her verbally. In view of this, it is therefore necessary for me make arrangements to hire an interpreter with legal background to translate and explain the settlement papers to Mrs. Leizgold.

Although the conference has been adjourned for one week, I would request that Your Honor extend that date further to allow me time to assure myself that Mrs. Leizgold, who is entirely unsophisticated in matters of this nature, fully understands the terms of the agreement she is required to execute.

Respectfully submitted,

Bruce D. Katz

BDK/mm
cc: Robert Weigel, Esq.; Howard S. Hogan, Esq. (by email)

*[Handwritten endorsement: Conference adjourned to 11/1/07 @ 9:15 AM]*
**SO ORDERED:**
Date: 10/18/07    Richard M. Berman
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/07

10/18/07  THU 15:16  [TX/RX NO 7780]