

**MEMO ENDORSED**

# LAW OFFICES
# Bruce D. Katz & Associates
Attorneys and Counselors at Law
The Transportation Building
225 Broadway, 37th Floor
New York, New York, 10007
(212) 233-3434
(212) 208-3060 Fax

October 31, 2007

BY FACSIMILE (212) 805-6717 (with prior permission)
Hon. Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street, Room 650
New York, NY 10007

Re: Gucci America, Inc. et al. v. HGL Enterprises et al.
Civil Action No. 07-CV-5569(RMB)

*Conference adjourned to 11/29/07 @ noon*

SO ORDERED:
Date: 10/31/07   Richard M. Berman
Richard M. Berman, U.S.D.J.

Dear Judge Berman:

    I am counsel for defendant, Herlinda Leizgold, in the above captioned matter and I am writing to advise the Court that the above-captioned action has been settled. Counsel for the parties, and the parties themselves, have agreed to the terms of all of the settlement documents that have been exchanged. The *only* outstanding issue is the need to obtain the signature of defendant Herlinda Leizgold. Mrs. Leizgold has agreed to sign the documents. Her signature will be obtained and the executed settlement documents filed with the Court by the end of this week.

    Accordingly, the parties jointly request that the conference scheduled for tomorrow morning, **November 1, 2007**, be adjourned.

Respectfully submitted,

Bruce D. Katz

BDK/mm
cc: Robert Weigel, Esq.; Howard S. Hogan, Esq. (by email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2007